UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jared Goyette, *on behalf of himself and other similarly situated individuals*,

      Plaintiff,

v.

City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington*, in his individual and official capacity*; Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-2, *in their individual and official capacities*,

      Defendants.

Court File No. _____

---

## WORD COUNT COMPLIANCE CERTIFICATE
_____

I certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font.  The length of this brief is 1320 words.  This brief was prepared using Microsoft Word 2016 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

| | |
|---|---|
| Dated:  June 2, 2020 | /s/ Kevin C. Riach |
| | Kevin C. Riach (#0389277) |
| | Dulce J. Foster (#0285419) |
| | Pari I. McGarraugh (#0395524) |
| | Jacob P. Harris (#0399255) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street, Suite 4000 |
| | Minneapolis, MN  55402-1425 |
| | Telephone:  612.492.7000 |
| | kriach@fredlaw.com |
| | dfoster@fredlaw.com |
| | pmcgarraugh@fredlaw.com |
| | jharris@fredlaw.com |
| | |
| | Adam W. Hansen (#0391704) |
| | **APOLLO LAW LLC** |
| | 333 Washington Avenue North, Suite 300 |
| | Minneapolis, MN 55401 |
| | Telephone: 612.927.2969 |
| | adam@apollo-law.com |
| | |
| | Teresa Nelson (#269736) |
| | **AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA** |
| | P.O. Box 14720 |
| | Minneapolis, MN 55414 |
| | Telephone: 651.529.1692 |
| | tnelson@aclu-mn.org |
| | |
| | ***Attorneys for Plaintiff*** |

2