UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jared Goyette, *on behalf of himself and other similarly situated individuals*,

      Plaintiff,

v.

City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*; Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-2, *in their individual and official capacities*,

      Defendants.

Court File No. _____

**WORD COUNT COMPLIANCE CERTIFICATE**
_____

I certify that this brief conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font. The length of this brief is 6836 words. This brief was prepared using Microsoft Word 2016 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

| | |
|---|---|
| Dated:  June 2, 2020 | /s/ Dulce J. Foster |

Kevin C. Riach (#0389277)
Dulce J. Foster (#0285419)
Pari I. McGarraugh (#0395524)
Jacob P. Harris (#0399255)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000
kriach@fredlaw.com
dfoster@fredlaw.com
pmcgarraugh@fredlaw.com
jharris@fredlaw.com

Adam W. Hansen (#0391704)
**APOLLO LAW LLC**
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: 612.927.2969
adam@apollo-law.com

Teresa Nelson (#269736)
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Telephone: 651.529.1692
tnelson@aclu-mn.org

***Attorneys for Plaintiff***