

**EXHIBIT 1**



**EXHIBIT 2**



**EXHIBIT 3**



**EXHIBIT 4**



tↄ Jared Goyette Retweeted

**Madeleine Baran** ✓
@madeleinebaran

A Minneapolis police officer pointed a weapon at me at @sfreemark's heads, while we were standing on Nicollet and 32nd covering the protests. I yelled that I'm a journalist. He did not lower his weapon, so we ran. Calling it a night.

1:02 AM · May 30, 2020 · Twitter for iPhone

**5K** Retweets    **13.8K** Likes

**EXHIBIT 5**



**Jared Goyette** ✓
@JaredGoyette

This is @RyanFaircloth, a reporter with the @StarTribune. He says he was trying to get home when police shot out his window.

He is bleeding but seems ok.



0:18   107.3K views

12:14 AM · May 31, 2020 · Twitter for iPhone

**1.3K** Retweets   **1.7K** Likes

**EXHIBIT 6**



**EXHIBIT 7**



**EXHIBIT 8**



**Linda Tirado**
@KillerMartinis

an update: I am permanently blind in my left eye, and the docs absolutely refuse to let me go back to work for they say six weeks. I'm definitely not allowed to be near smoke or gas.

Usually if I had to stay home I'd spend a lot of time amplifying folk but reading hurts today

12:38 PM · May 30, 2020 · Twitter for iPhone

**39.6K** Retweets   **169.4K** Likes

**EXHIBIT 9**



**Linda Tirado**
@KillerMartinis

I hat we think happened is I took a rubber bullet to the face. It exploded my eyeball, which has now been patched back together but who knows if it'll need more surgery. My vision is gone no matter what it winds up looking like scar wise

12:41 PM · May 30, 2020 · Twitter for iPhone

**6K** Retweets   **42.2K** Likes

**EXHIBIT 10**