

**EXHIBIT 11**



**Linda Tirado**
@KillerMartinis

Welp, I'll need at least one more major surgery but the doctors are pleased so far so that's good

I guess we're gonna find out how much it costs to go blind in America

12:39 PM · May 31, 2020 · Twitter for iPhone

**419** Retweets   **4.7K** Likes

   

**EXHIBIT 12**



**EXHIBIT 13**



**EXHIBIT 14**



**EXHIBIT 15**



**EXHIBIT 16**



**EXHIBIT 17**



**EXHIBIT 18**



**EXHIBIT 19**



**EXHIBIT 20**