

**EXHIBIT 21**



**EXHIBIT 22**



**Molly Hennessy-Fiske** ✓
@mollyhf

This story includes a photo of @Carolyn_Cole after she was pepper sprayed by @MnDPS_MSP



'The norms have broken down': Shock as journalists are arrested, injured by polic...
Even when displaying a press badge, some were hit with pepper spray or rubber bullets. "I have never been fired at by police," said one startled war corresponde...
🔗 washingtonpost.com

11:30 PM · May 31, 2020 · Twitter for iPhone

3 Retweets   5 Likes

**EXHIBIT 23**



**EXHIBIT 24**


**Ryan Faircloth**
@RyanFaircloth

My colleague, @ChaoStrib, and I were driving near Lake Street and mistakenly turned down a street that was blocked off at the end. Before we had a chance to reverse, the Guard/ State Patrol fired #rubber bullets at our car without warning.


Chao Xiong @ChaoStrib · 23h
Officers of some type just shot some type of rounds (rubber bullets) at the car @RyanFaircloth and i driving near Lake St . No warning given #GeorgeFloyd

11:46 PM · May 30, 2020 · Twitter for iPhone

**261** Retweets   **371** Likes

   

**EXHIBIT 25**



**EXHIBIT 26**



**EXHIBIT 27**



**Ryan Faircloth**
@RyanFaircloth

Just deleted tweet about my car being hit with "live rounds." Don't want folks using it to push misinfo. Brain was foggy as I tweeted, meant to say it was a marker round. Regardless, the window completely shattered inward. Left me with cut on left brow and cuts on arm.

1:18 AM · May 31, 2020 · Twitter for iPhone

167 Retweets   562 Likes

**EXHIBIT 28**



**Ryan Faircloth**
@RyanFaircloth

To clarify for some folks: My car was fired at on two separate occassions last night. The first instance, mentioned below, happened right before I dropped @ChaoStrib off at his car. The second while I was driving alone, when the window shattered and shards of glass cut me.

>  Ryan Faircloth @RyanFaircloth · 22h
> My colleague, @ChaoStrib, and I were driving near Lake Street and mistakenly turned down a street that was blocked off at the end. Before we had a chance to reverse, the Guard/ State Patrol fired #rubber bullets at our car without warning.
> twitter.com/chaostrib/stat...

5:05 PM · May 31, 2020 · Twitter for iPhone

21 Retweets   39 Likes

**EXHIBIT 29**



**EXHIBIT 30**