

**EXHIBIT 31**



**EXHIBIT 32**



**EXHIBIT 33**



**EXHIBIT 34**



**EXHIBIT 35**



**Andy Mannix** ✓
@AndrewMannix

Takeaways from the night:
Police and national guard much more effective at breaking big group into smaller more manageable ones.

We saw much less violence from previous nights.

And cops seemed to care zero about press exemption from curfew.

1:16 AM · May 31, 2020 · Twitter for Android

54 Retweets   207 Likes

**EXHIBIT 36**



**Chao Xiong**
@ChaoStrib

I'm with @ByLizSawyer and 2 Kurdish journalists and 1 Japanese journalist near 5th precinct. Cops told us to go home. When we said we were press one said "Your cards are bullshit" #GeorgeFloyd

12:06 AM · May 31, 2020 · Twitter for Android

681 Retweets   934 Likes

   

**EXHIBIT 37**



**EXHIBIT 38**



**Anthony Soufflé**
@AnthonySouffle

We've have several photographers threatened and assaulted covering the protests and riots here in Minneapolis. It's been increasing every day. I covered Ferguson after Mike Brown was killed and this is exponentially more violent and chaotic.

> **Santiago Mejia** ✓ @SantiagoMejia · May 30
> I'm happy to hear that. Unfortunately, photographes are the targets. Getty Images photog and another freelance photog were robbed at gun point. AP photogs got hit with a flying hammer, rubber bullet and had their laptop stolen. An SF Chronicle photog had their laptop stolen. twitter.com/sovernnation/s...

11:13 AM · May 30, 2020 · Twitter Web App

43 Retweets   45 Likes

**EXHIBIT 39**



**EXHIBIT 40**