

**EXHIBIT 41**



**EXHIBIT 42**



**EXHIBIT 43**



**Chris Serres**
@ChrisSerres

Regarding police behavior last night, I was twice ordered at gunpoint by Minneapolis police to hit the ground, warned that if I moved "an inch" I'd be shot. This after being teargassed and hit in groin area by rubber bullet. Waiving a Star Tribune press badge made no difference.



9:18 AM · May 31, 2020 · Twitter for Android

2.1K Retweets   3.2K Likes

**EXHIBIT 44**



**EXHIBIT 45**



**EXHIBIT 46**



**Max Nesterak** ✓
@maxnesterak

And I got hit in the chest by a rubber bullet from police. Covered me in dust that's been making me cough for a half hour. I'm home now.



11:32 PM · May 27, 2020 · Twitter Web App

**186** Retweets    **806** Likes

**EXHIBIT 47**



**EXHIBIT 48**



**EXHIBIT 49**



**EXHIBIT 50**