

**EXHIBIT 51**



**EXHIBIT 52**



**Ryan Raiche** ✓
@ryanraiche

To be clear, our crew is ok. Other than vomiting and skin burning. We are in our station vehicle, but no one is being allowed through anywhere.

10:02 PM · May 30, 2020 · Twitter for iPhone

**40** Retweets   **195** Likes

**EXHIBIT 53**



**EXHIBIT 54**



**EXHIBIT 55**



**EXHIBIT 56**



**EXHIBIT 57**



**EXHIBIT 58**



**EXHIBIT 59**