# UNITED STATES DISTRICT COURT

for the

## District of Minnesota

Jared Goyette,

*Plaintiff,*

v.                                                          Case No. 0:20–cv–01302–WMW–DTS

City of Minneapolis, et al.,

*Defendant.*

---

## SUMMONS IN A CIVIL ACTION

To:  City of Minneapolis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kevin C Riach
> 200 S 6th St Ste 4000
> Mpls, MN
> 55402–1425

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*                    By:

Signature of Clerk or Deputy Clerk

Kayla D Schnierle

Date of Issuance:   June 3, 2020

## Summons and Complaint Return of Service

Case No. 0:20–cv–01302–WMW–DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  City of Minneapolis

Date of Service: _____

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

_____ Other (specify):

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT

for the

## District of Minnesota

Jared Goyette,

*Plaintiff,*

v.

Case No. 0:20–cv–01302–WMW–DTS

City of Minneapolis, et al.,

*Defendant.*

---

## SUMMONS IN A CIVIL ACTION

To:  Medaria Arradondo

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Kevin C Riach
          200 S 6th St Ste 4000
          Mpls, MN
          55402–1425

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*         By:

Signature of Clerk or Deputy Clerk

Kayla D Schnierle

Date of Issuance:  June 3, 2020

## Summons and Complaint Return of Service

Case No. 0:20−cv−01302−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Medaria Arradondo

Date of Service:     _____

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

_____ Other (specify):

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     _____

Signature of Server:   _____

Date:     _____

Server's Address:   _____
_____
_____

# UNITED STATES DISTRICT COURT
## for the
## District of Minnesota

Jared Goyette,

*Plaintiff,*

v.                                                        Case No. 0:20–cv–01302–WMW–DTS

City of Minneapolis, et al.,

*Defendant.*

---

## SUMMONS IN A CIVIL ACTION

To:  Robert Kroll

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Kevin C Riach
     200 S 6th St Ste 4000
     Mpls, MN
     55402–1425

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*     By:

Signature of Clerk or Deputy Clerk

Kayla D Schnierle

Date of Issuance:  June 3, 2020

## Summons and Complaint Return of Service

Case No. 0:20–cv–01302–WMW–DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Robert Kroll

Date of Service:        _____

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

_____ Other (specify):

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:        _____

Signature of Server:        _____

Date:        _____

Server's Address:        _____
_____
_____

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Jared Goyette,

*Plaintiff,*

v.                                                                          Case No. 0:20–cv–01302–WMW–DTS

City of Minneapolis, et al.,

*Defendant.*

---

## SUMMONS IN A CIVIL ACTION

To:  John Harrington

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>       Kevin C Riach
>       200 S 6th St Ste 4000
>       Mpls, MN
>       55402–1425

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*                    By:

Signature of Clerk or Deputy Clerk

Kayla D Schnierle

Date of Issuance:   June 3, 2020

## Summons and Complaint Return of Service

Case No. 0:20−cv−01302−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:          John Harrington

Date of Service: _____

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

_____ Other (specify):

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Jared Goyette,

*Plaintiff,*

v.                                          Case No. 0:20–cv–01302–WMW–DTS

City of Minneapolis, et al.,

*Defendant.*

---

## SUMMONS IN A CIVIL ACTION

To:  Matthew Langer

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kevin C Riach
> 200 S 6th St Ste 4000
> Mpls, MN
> 55402–1425

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*            By:

Signature of Clerk or Deputy Clerk

Kayla D Schnierle

Date of Issuance:   June 3, 2020

## Summons and Complaint Return of Service

Case No. 0:20−cv−01302−WMW−DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:  Matthew Langer

Date of Service: _____

## Method of Service

_____ Personally served at this address:

_____

_____

_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____

_____

_____

_____ Other (specify):

_____

_____

_____

_____ Returned unexecuted (reason):

_____

_____

_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

_____

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

Jared Goyette,

<em>Plaintiff,</em>

v.                                                          Case No. 0:20–cv–01302–WMW–DTS

City of Minneapolis, et al.,

<em>Defendant.</em>

---

## SUMMONS IN A CIVIL ACTION

To:   John Does, 1–2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kevin C Riach
> 200 S 6th St Ste 4000
> Mpls, MN
> 55402–1425

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KATE FOGARTY, CLERK OF COURT*                    By:

Signature of Clerk or Deputy Clerk

Kayla D Schnierle

Date of Issuance:   June 3, 2020

## Summons and Complaint Return of Service

Case No. 0:20–cv–01302–WMW–DTS

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        John Does, 1–2

Date of Service: _____

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

_____ Other (specify):

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____