## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, on behalf of himself and other similarly situated individuals, | Court File No. 20-cv-01302 (WMW/DTS) |
| Plaintiff, | |
| vs. | |
| City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo in his individual and official capacity; Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity; Minnesota Department of Public Safety Commissioner John Harrington, in his individual and official capacity, Minnesota State Patrol Colonel Matthew Langer, in his individual and official capacity; and John Does 1-2, in their individual and official capacities, | **NOTICE OF APPEARANCE** |
| Defendants. | |

TO: Plaintiff above-named and his attorneys, Dulce J Foster, Fredrikson & Byron, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425; Adam W Hansen, Apollo Law LLC, 333 Washington Avenue North, Suite 300, Minneapolis, MN 55401; Jacob Patsch Harris, Fredrikson & Byron, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425; Pari I. McGarraugh, Fredrikson & Byron, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425; Teresa Nelson, ACLU of Minnesota, P.O. Box 14720, Minneapolis, MN 55414; and, Kevin C Riach, Fredrikson & Byron, P.A., 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425.

Please be advised that Attorneys Heather P. Robertson and Kristin R. Sarff will appear on behalf of Defendants City of Minneapolis, Minneapolis Chief of Police Medaria Arradondo.

Dated: June 3, 2020            ERIK NILSSON
Interim City Attorney
By

*/s/Heather Robertson*
HEATHER ROBERTSON
Assistant City Attorney
Attorney Reg No. 0390470
KRISTIN R. SARFF
Assistant City Attorney
Attorney Reg No. 0388003
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN  55415
(612) 673-3949

*Attorneys for Defendants City of Minneapolis, Minneapolis Chief of Police Medaria Arradondo*