UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jared Goyette, on behalf of himself and other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>City of Minneapolis; Medaria Arradondo, Minneapolis Chief of Police, in his individual and official capacity; Robert Kroll, Minneapolis Police Lieutenant, in his individual and official capacity; John Harrington, Minnesota Department of Public Safety Commissioner, in his individual and official capacity; Matthew Langer, Minnesota State Patrol Colonel, in his individual and official capacity; and John Does, 1-2, in their individual and official capacities,<br><br>Defendants. | Case No. 20-cv-1302 (WMW/DTS)<br><br>**BRIEFING SCHEDULE ON PLAINTIFF'S MOTIONS FOR CLASS CERTIFICATION AND TEMPORARY RESTRAINING ORDER** |

---

On June 2, 2020, Plaintiff Jared Goyette filed a Motion to Certify Class and a Motion for Temporary Restraining Order against Defendants. (Dkts. 2, 5.) The Court establishes the following briefing schedule to address the motions:

1. Defendants collectively shall file a single brief in response to Plaintiff's motions no later than **Friday, June 5, 2020**. No reply brief is permitted.

2. Defendants' brief shall not exceed the word limits in Local Rule 7.1(f).[1]

---

[1] Although the Court is mindful that Plaintiff filed separate briefs in support of his two pending motions, collectively those briefs do not exceed the word limits in Local Rule 7.1(f).

3. The Court will hear argument on Plaintiff's motions on **Monday, June 8, 2020, at 3:00 p.m.** by telephone conference. Dial-in instructions will be sent to counsel by email.

4. Plaintiff shall *immediately* serve Defendants with a copy of (1) the summons and complaint, (2) Plaintiff's motion and supporting documents, and (3) this Order. Plaintiff shall promptly file proof of such service on ECF.

Dated: June 3, 2020                                         s/Wilhelmina M. Wright
                                                                           Wilhelmina M. Wright
                                                                           United States District Judge