UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, *on behalf of himself and other similarly situated individuals*,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*; Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-2, *in their individual and official capacities*,<br><br>　　　　Defendants. | Court File No. 0:20-cv-01302-WMM-DTS<br><br>**AFFIDAVIT OF SERVICE** |

I, Pari I. McGarraugh, declare under penalty of perjury under the laws of the United states that the following is true and correct:

1.　　I am one of the attorneys representing Plaintiff Jared Goyette in this matter.

2.　　In accordance with the Minnesota Attorney General's Office guidance regarding service during the Governor's Emergency Declaration as related to COVID-19 (available here: https://www.ag.state.mn.us/Office/OpposingCounsel.asp and confirmed via email by Solicitor General Liz Kramer), the following documents were served via email to COVID.service@ag.state.mn.us at 11:53 a.m. on June 3, 2020:

1

- Class Action Complaint and Demand for a Jury Trial
- Summons
- Civil Cover Sheet
- Civil Cover Sheet Attachment A
- Motion for Class Certification
- Memorandum in Support of Class Certification
- Memorandum in Support of Class Certification Rule 7.1 Certificate
- Motion for Temporary Restraining Order
- Memorandum in Support of Temporary Restraining Order
- Memorandum in Support of Temporary Restraining Order Rule 7.1 Certificate
- Declaration of Jared Goyette
- Declaration of Isabella Nascimento
- Declaration of Isabella Nascimento Exhibits 1-10
- Declaration of Isabella Nascimento Exhibits 11-20
- Declaration of Isabella Nascimento Exhibits 21-30
- Declaration of Isabella Nascimento Exhibits 31-40
- Declaration of Isabella Nascimento Exhibits 41-50
- Declaration of Isabella Nascimento Exhibits 51-59
- Proposed Order

This service was effective as to Defendants Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer, in both their individual and official capacities (the "State Defendants"). A true and correct copy of the Minnesota Attorney General's Office's written admission of service is attached as Exhibit 1.

3. I also served the State Defendants with this Court's minute order at Docket #19 via email to COVID.service@ag.state.mn.us at 4:55 p.m. on June 3, 2020. A true and correct copy of the Minnesota Attorney General's Office's written admission of service is attached as Exhibit 2.

4. In addition, I served the State Defendants with the Court's Briefing Schedule on Plaintiff's Motions for Class Certification and Temporary Restraining Order via email

to COVID.service@ag.state.mn.us at 4:56 pm on June 3, 2020.  A true and correct copy of the Minnesota Attorney General's Office's written admission of service is attached as Exhibit 3.

    5.    Defendants City of Minneapolis and Minneapolis Chief of Police Medaria Arradondo, in his official capacity, agreed to waive service of the summons via email on June 3, 2020.  I provided the documents identified in Paragraph 2 above by email to Heather Robertson and Kristin Sarff of the Minneapolis City Attorney's Office at 12:21 p.m. on June 3, 2020.  Ms. Robertson advised that she will return an executed wavier of service form, which will be filed when it is received.  Ms. Robertson also indicated that she would confer with Chief Arradondo regarding whether she would be authorized to accept service on behalf of him in his individual capacity.  Although Ms. Robertson has entered an appearance in this case and appears to be receiving CM-ECF notifications, I also emailed her and Ms. Sarff courtesy copies of the Court's Briefing Schedule on Plaintiff's Motions for Class Certification and Temporary Restraining Order and the minute order at Docket #19 at 4:30 p.m. on June 3, 2020.

    6.    We have attempted to personally serve Chief Arradondo and Defendant Minneapolis Police Lieutenant Robert Kroll with the documents identified in Paragraph 2 above, but have not yet been successful in locating them.  We engaged Metro Legal and have been advised that they are unable to access either Chief Arradondo or Lieutenant Kroll and that personnel at these Defendants' offices are unwilling to speak with process servers.  We will continue to attempt service on these Defendants, including service of the Court's

Briefing Schedule on Plaintiff's Motions for Class Certification and Temporary Restraining Order, and will file an affidavit of service when service is completed.

Dated: June 3, 2020                         */s/ Pari I. McGarraugh*
                                            Pari I. McGarraugh

70198415 v2