UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jared Goyette, *on behalf of himself and other similarly situated individuals*,<br><br>      Plaintiff,<br><br>  v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*; Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-2, *in their individual and official capacities*,<br><br>      Defendants. | Court File No. 0:20-cv-01302-WMM-DTS<br><br><br><br>**SUPPLEMENTAL AFFIDAVIT OF SERVICE** |

---

I, Pari I. McGarraugh, declare under penalty of perjury under the laws of the United states that the following is true and correct:

1. I am one of the attorneys representing Plaintiff Jared Goyette in this matter.

2. In accordance with the Minnesota Attorney General's Office guidance regarding service during the Governor's Emergency Declaration as related to COVID-19 (available here: https://www.ag.state.mn.us/Office/OpposingCounsel.asp and confirmed via email by Solicitor General Liz Kramer), I served Plaintiff's revised proposed order

1

(Dkt. 21, revising Dkt. 14) and Ms. Eckroad's June 4, 2020 email containing the dial in instructions for the June 8, 2020 hearing via email to COVID.service@ag.state.mn.us on June 4, 2020 at 1:10 pm.  This service was effective as to Defendants Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer, in both their individual and official capacities (the "State Defendants").  A true and correct copy of the Minnesota Attorney General's Office's written admission of service is attached as Exhibit 1.

3. Heather Robertson, counsel for the City of Minneapolis and Chief Arradondo in his official capacity, advised that she has been unable to speak with Chief Arradondo and cannot accept service for him in his personal capacity.  We will continue to attempt personal service on Chief Arradondo.

4. We have also continued to attempt personal service on Defendant Minneapolis Police Lieutenant Robert Kroll.  Metro Legal attempted service at Lt. Kroll's home today, but no one answered the door.  We will continue to attempt personal service on Lt. Kroll.

5. We have also reached out to attorneys who have represented Lt. Kroll and/or the Federation of Police in the past.  Heather Robertson of the Minneapolis City Attorney's Office advised that their office is not representing Lt. Kroll and cannot accept service on his behalf in any capacity.  I have also attempted to contact two attorneys in private practice who have represented Lt. Kroll and/or the Federation of Police in the past and neither agreed to accept service.

Dated: June 4, 2020          */s/ Pari I. McGarraugh*
                             Pari I. McGarraugh

70207554 v1