| | |
|---|---|
| From: | AG COVID Service |
| To: | McGarraugh, Pari |
| Subject: | Auto-Reply |
| Date: | Thursday, June 4, 2020 1:16:42 PM |

[EXTERNAL E-MAIL]

This email constitutes written admission of service upon the Minnesota Attorney General's Office pursuant to Minnesota Rule of Civil Procedure 5.02(a).

--------------------------------------------------------------------------------

This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.

------------------------------------------------------------------------

This message was secured by ZixCorp(R).

# EXHIBIT 1