# AFFIDAVIT OF SERVICE

| Case: | Court: UNITED STATES DISTRICT COURT for the District of Minnesota | County: , MN | Job: 4582932 (099991.2193) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Jared Goyette, et a. On behalf of himself and other similarly situated individuals | | **Defendant / Respondent:** City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity; Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity; Minnesota Department of Public Safety Commissioner John Harrington, in his individual and official capacity, Minnesota State Patrol Colonel Matthew Langer, in his individual and official capacity; John Does 1-2 | |
| **Received by:** Platinum Courier Service | | **For:** FREDRIKSON & BYRON | |
| **To be served upon:** Lieutenant Robert Kroll | | | |

I, James Basa, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Lieutenant Robert Kroll, 6589 145th Circle North, Hugo, MN 55038
**Manner of Service:** Personal/Individual, Jun 5, 2020, 10:36 am CDT
**Documents:** Class Action Complaint and Demand for a Jury Trial, Summons, Civil Cover Sheet, Civil Cover Sheet Attachment A, Motion for Class Certification, Memorandum in Support of Class Certification, Memorandum in Support of Class Certification Rule 7.1 Certificate, Motion for Temporary Restraining Order, Memorandum in Support of Temporary Restraining Order, Memorandum in Support of Temporary Restraining Order Rule 7.1 Certificate, Declaration of Jared Goyette, Declaration of Isabella Nascimento, Declaration of Isabella Nascimento Exhibits 1-10, Declaration of Isabella Nascimento Exhibits 11-20, Declaration of Isabella Nascimento Exhibits 21-30, Declaration of Isabella Nascimento Exhibits 31-40, Declaration of Isabella Nascimento Exhibits 41-50, Declaration of Isabella Nascimento Exhibits 51-59, Proposed Order, Briefing Schedule on Plaintiff's Motions for Class Certification and Temporary Restraining Order; and, Dial-in instructions for the telephone conference being held on June 8, 2020

**Additional Comments:**
1) Successful Attempt: Jun 5, 2020, 10:36 am CDT at 6589 145th Circle North, Hugo, MN 55038 received by Lieutenant Robert Kroll.

_James Basa_   06/05/2020
James Basa   Date

Platinum Courier Service
40 S. 7th Street 212-335
Minneapolis, MN 55402
612-221-2254

Subscribed and sworn to before me by the affiant who is personally known to me.

_signature_
Notary Public
June 5, 2020
Date   Commission Expires



PHILIP EKMAN
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2025