UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals*, <br><br>    Plaintiffs,<br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; John Does 1-2, *in their individual and official capacities*,<br><br>    Defendants. | Court File No. 20-cv-01302-WMW-DTS<br><br><br><br>**DECLARATION OF MOLLY HENNESSY-FISKE** |

I, MOLLY HENNESSY-FISKE, state as follows:

1. I am a staff writer for the Los Angeles Times. I have worked for the Los Angeles Times since 2006. As a Los Angeles Times reporter, I am a NewsGuild member.

2. I was one of the members of the press covering the protests in honor of George Floyd in Minneapolis, Minnesota. I was covering the protests on May 30, 2020.

1

3. On May 30, 2020, at approximately 8:30 p.m., Minneapolis police officers and sheriffs' deputies advanced on a group of peaceful protesters gathered at an intersection outside of the Fifth Precinct.

4. Approximately two dozen officers appeared from behind a chain-link fence opposite the protesters. They were in riot gear and had batons.

5. A young African American woman approached the police with her arms raised. An officer sprayed her in the face with something that smelled like pepper spray. The woman ran to seek help from fellow protesters.

6. A young African American man approached the officers, but another man pulled him back into the main group.

7. The police retreated back behind the fence.

8. Moments later, a much larger contingent of officers in riot gear emerged to block the street. *Id*.

9. When the officers blocked the street, I became stuck between the officers and the protesters, with my back up against the transit center's brick wall across the street from the Fifth Precinct.

10. I was with a group of other reporters, cameramen, and photographers, including my colleague, Carolyn Cole, a Los Angeles Times photographer. We were wearing our press credentials. Carolyn Cole was wearing a flak jacket labeled "TV."

11. The wall I was backed up against had small alcoves where we—our group of members of the press—intended duck for cover as the police passed us and advanced on protesters.

12. At this point, a state trooper announced through a bullhorn, "This is the Minnesota State Patrol." The trooper notified protesters that they were in violation of the instituted curfew orders and should disperse.

13. I believed that the trooper was not talking to us, the press, as we were considered exempt under the curfew order.

14. The officers started firing tear gas indiscriminately into the street.

15. We watched, keeping our cameras rolling. We expected the police to move beyond us.

16. The officers did not pass. The officers turned, backed us up against the brick wall of a transit building that is opposite the Fifth Precinct, and fired directly in our direction.

17. I shouted, "We're reporters!" I waved my notebook. I did this only an arm's length away from one of the officers in riot gear who advanced at us through the smoke.

18. I did not hear the officer say anything, but kept firing.

19. Some of the other reporters piled on top of me against the wall, which, in addition to the goggles and mask I was wearing, shielded me from the full effect of the tear gas, though I was still hit with some.

20. I could hear that the officers were continuing to fire at us.

21. I realized we needed to run.

22. I shouted to the officers, "Where do we go?"

23. None of the officers responded.

22. We tried to move along the brick wall, but it was not clear to me where the officers wanted our group of press to go.

23. The officers chased us along the wall, into a corner.

24. They continued firing on us.

25. I attempted to scale the brick wall. I heard Carolyn Cole, my photographer colleague, call out, "Molly, I can't see."

26. I shouted to the officers, "Where do we go?"

27. The officers continued firing.

28. I saw a tear gas canister hit my leg. I later discovered that I had been hit at least five times in the left leg. I believe I was shot with rubber bullets. I later saw that the wounds to my leg were bleeding.

29. I could see blood covering the face mask of the photographer, Ed Ou, next to me. He looked stunned. I heard another journalist tell Ed that he was injured.

30. I got cornered against another wall. I had to scale it, and I ran to the nearest open door, which was a senior apartment complex.

31. A few fleeing protesters were in the complex vestibule similarly trying to get away from police.

32. I cowered as I watched the officers outside the complex's front window chasing other people.

33. I called Carolyn Cole, who was at a neighbor's house a few blocks away.

34. An 18-year-old protester sheltering in the senior complex with me gave me a ride to the neighbor's house where Carolyn Cole was. From there, the neighbor gave us

4

a ride to seek treatment.  As we were leaving, we passed another group of police.  The officers filed a pellet gun at the car we were in, which left red paint on the car's passenger window.

35. We reached a suburb that was evidently affluent and had not been impacted by the protests.  There, police waved us right through.

36. I have covered protests involving police in Ferguson, Baton Rouge, Dallas, and Los Angeles.  I have covered the United States military in war zones, including Iraq and Afghanistan.  But I have never been fired at by police until my reporting in Minnesota.

**I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct to the best of my knowledge.**

Dated:      June 7, 2020              /s/Molly Hennessy-Fiske
                                       Molly Hennessy-Fiske