# EXHIBIT A

| Publication or Organization | Employer/Owner | Country | State | Type of Unit |
|---|---|---|---|---|
| Agence France Presse-Wire Service | Agence France Presse | U.S. | Washington DC | News / Media |
| Akron Beacon Journal | Beacon Journal Publishing Co/Black Press Lt | U.S. | Ohio | News / Media |
| Albany Times Union | Hearst Corporation | U.S. | New York | News / Media |
| American Prospect | The American Prospect, Inc. | U.S. | Washington DC | News / Media |
| Amsterdam News | New York Amnews Corp. | U.S. | New York | News / Media |
| Arizona Republic | Gannett | U.S. | Arizona | News / Media |
| Ars Technica | Conde Nast | U.S. | New York | News / Media |
| Associated Press | AP News Service/Associated Press | U.S. | National | News / Media |
| Bakersfield Californian | Bakersfield Californian Company | U.S. | California | News / Media |
| Baltimore Sun | The Baltimore Sun Co. | U.S. | Maryland | News / Media |
| Bay City News Service | Bay City News Service | U.S. | California | News / Media |
| Bloomberg BNA | Bloomberg LP | U.S. | Virginia | News / Media |
| Boston Globe | Boston Globe Media Partners/John Henry | U.S. | Massachussetts | News / Media |
| Boston Herald | DFM / Media News Group (Alden Global Capi | U.S. | Massachussetts | News / Media |
| Bradenton Herald | McClatchy | U.S. | Florida | News / Media |
| Brockton Enterprise and Times | Gannett | U.S. | Massachussetts | News / Media |
| BSMG | Tribune | U.S. | Maryland | News / Media |
| Buffalo News | BH/Lee | U.S. | New York | News / Media |
| BuzzFeed News | Jonah Peretti | U.S. | New York | News / Media |
| Canton Repository | Gannett | U.S. | Ohio | News / Media |
| Casper Star Tribune | Lee Enterprises | U.S. | Wyoming | News / Media |
| Catholic News Service | Catholic News Service/U.S. Conference of Ca | U.S. | Washington DC | News / Media |
| Center for Public Integrity | Nonprofit | U.S. | Washington DC | News / Media |
| Chicago Reader | ST Acquisition Holdings | U.S. | Illinois | News / Media |
| Chicago Sun-Times | ST Acquisition Holdings | U.S. | Illinois | News / Media |
| Chicago Tribune | Tribune | U.S. | Illinois | News / Media |
| Columbian | Columbian Publishing Company | U.S. | Washington | News / Media |
| Consumer Reports | Consumers Union | U.S. | New York | News / Media |
| Contra Costa Times | DFM / Media News Group (Alden Global Capi | U.S. | California | News / Media |
| Crosscut | Crosscut Public Media | U.S. | Washington | News / Media |
| Daily Beast | The Daily Beast Co., LLC | U.S. | New York | News / Media |
| Daily Hampshire Gazette | Newspapers of New England | U.S. | Massachussetts | News / Media |
| Daily Progress | BH/Lee | U.S. | Virginia | News / Media |
| Dayton Daily News | Cox Enterprises | U.S. | Ohio | News / Media |
| Delaware County Daily Times | DFM / Media News Group (Alden Global Capi | U.S. | Pennsylvania | News / Media |
| Denver Post | DFM / Media News Group (Alden Global Capi | U.S. | Colorado | News / Media |
| Detroit Free Press | Gannett | U.S. | Michigan | News / Media |
| Detroit News | DFM / Media News Group (Alden Global Capi | U.S. | Michigan | News / Media |
| Detroit Observer & Eccentric | Gannett | U.S. | Michigan | News / Media |
| Duluth News-Tribune | Forum Communications | U.S. | Minnesota | News / Media |
| East Bay Times | DFM / Media News Group (Alden Global Capi | U.S. | California | News / Media |
| Erie Times-News | Gannett | U.S. | Pennsylvania | News / Media |
| Eugene Register Guard | Gannett | U.S. | Oregon | News / Media |
| Fall River Herald-News | Gannett | U.S. | Massachussetts | News / Media |
| Florida Times Union | Gannett | U.S. | Florida | News / Media |
| Foreign Policy | FP Group/Graham Holdings Co. | U.S. | Washington DC | News / Media |
| Fortune Digital | Fort Media Group | U.S. | New York | News / Media |
| Fortune Magazine | Chatchaval Jiaravanon | U.S. | New York | News / Media |
| Freeport Journal-Standard | Gannett | U.S. | Illinois | News / Media |
| Fremont Argus | DFM / Media News Group (Alden Global Capi | U.S. | California | News / Media |
| Fresno Bee | McClatchy | U.S. | California | News / Media |
| Gary Post Tribune | Tribune | U.S. | Indiana | News / Media |
| Glenview Pioneer Press | Tribune | U.S. | Illinois | News / Media |
| Hartford Courant | Tribune | U.S. | Connecticut | News / Media |
| Hayward Daily Review | DFM / Media News Group (Alden Global Capi | U.S. | California | News / Media |
| Hazleton Standard-Speaker | Standard Speaker Publishing Co, LP/Times S | U.S. | Pennsylvania | News / Media |
| Hilo Hawaii Tribune-Herald | Black Press | U.S. | Hawaii | News / Media |
| Hinsdale Doings | Tribune | U.S. | Illinois | News / Media |
| Hometown Life | Gannett | U.S. | Michigan | News / Media |
| Honolulu Star-Advertiser | Oahu Publications/Black Press, HA Managen | U.S. | Hawaii | News / Media |
| Idaho Statesman | McClatchy | U.S. | Idaho | News / Media |

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| In These Times | Institute for Public Affairs | U.S. | National | News / Media |
| Indianapolis Star | Gannett | U.S. | Indiana | News / Media |
| Inside Higher Ed | Quad Partners | U.S. | Washington DC | News / Media |
| Jacobin | The Jacobin Foundation | U.S. | New York | News / Media |
| Jersey City Jersey Journal | Advance Publications | U.S. | New Jersey | News / Media |
| Jewish Forward English Language Edition | Forward Association, Inc. | U.S. | New York | News / Media |
| JTA-MJL New Corp | 70 Faces Media | U.S. | New York | News / Media |
| Kenosha News | Lee Enterprises | U.S. | Wisconsin | News / Media |
| Kingston Daily Freeman | DFM / Media News Group (Alden Global Capi | U.S. | New York | News / Media |
| Kitsap Sun - Newsroom | Gannett | U.S. | Washington | News / Media |
| Knoxville News-Sentinel | Gannett | U.S. | Tennessee | News / Media |
| KSDK TV | Gannett | U.S. | Missouri | News / Media |
| La Opinion | Hispanic Media / Lozano Enterprises / ImpreM | U.S. | New York | News / Media |
| Lakeland Ledger | Gannett | U.S. | Florida | News / Media |
| Law360 | LexisNexis Group | U.S. | New York | News / Media |
| Lexington Herald-Leader | McClatchy | U.S. | Kentucky | News / Media |
| Longview Daily News | Lee Enterprises | U.S. | Washington | News / Media |
| Los Angeles Times | Patrick Soon-Shiong | U.S. | California | News / Media |
| Macomb Daily | DFM / Media News Group (Alden Global Capi | U.S. | Michigan | News / Media |
| Manchester Union Leader/New Hampshire Ne | The Union Leader Corporation | U.S. | New Hampshire | News / Media |
| Massillon Independent | Gannett | U.S. | Ohio | News / Media |
| Maui Bulletin | Hawaii Publications, Inc/Ogden Newspapers | U.S. | Hawaii | News / Media |
| Memphis Commercial Appeal | Gannett | U.S. | Tennessee | News / Media |
| Miami Herald | McClatchy | U.S. | Florida | News / Media |
| Milwaukee Community News | Gannett | U.S. | Wisconsin | News / Media |
| Milwaukee Journal Sentinel, Inc. | Gannett | U.S. | Wisconsin | News / Media |
| Minneapolis Star-Tribune | Glen Taylor / Taylor Family | U.S. | Minnesota | News / Media |
| Modesto Bee | McClatchy | U.S. | California | News / Media |
| Money | Meredith Corporation | U.S. | New York | News / Media |
| Monterey County Herald | DFM / Media News Group (Alden Global Capi | U.S. | California | News / Media |
| Morning Call | Tribune | U.S. | Pennsylvania | News / Media |
| NBC News Digital | NBCUniversal | U.S. | New York | News / Media |
| New Republic | Chris Hughes | U.S. | New York | News / Media |
| New York El Diario-La Prensa | Hispanic Media / Lozano Enterprises / ImpreM | U.S. | New York | News / Media |
| New York Magazine | New York Media | U.S. | New York | News / Media |
| New York Times | NY Times Company | U.S. | New York | News / Media |
| New Yorker | Conde Nast | U.S. | New York | News / Media |
| Norristown Times Herald | DFM / Media News Group (Alden Global Capi | U.S. | Pennsylvania | News / Media |
| Oakland Tribune | DFM / Media News Group (Alden Global Capi | U.S. | California | News / Media |
| Omaha World Herald | BH/Lee | U.S. | Nebraska | News / Media |
| Orlando Sentinel | Tribune | U.S. | Florida | News / Media |
| Pawtucket Times | Rhode Island Suburban Newspapers | U.S. | Rhode Island | News / Media |
| Pekin Daily Times | Gannett | U.S. | Illinois | News / Media |
| People Magazine | Meredith Corporation | U.S. | New York | News / Media |
| People's World | Long View Publishing Co. Inc. | U.S. | Illinois | News / Media |
| Peoria Journal Star | Gannett | U.S. | Illinois | News / Media |
| Philadelphia Daily News | Philadelphia Foundation / Lenfest | U.S. | Pennsylvania | News / Media |
| Philadelphia Inquirer | Philadelphia Foundation / Lenfest | U.S. | Pennsylvania | News / Media |
| Philly.com | Philadelphia Media Network Newspapers/Inte | U.S. | Pennsylvania | News / Media |
| Pitchfork | Conde Nast | U.S. | New York | News / Media |
| Pittsburgh Post-Gazette | PG Publishing Company / Block | U.S. | Pennsylvania | News / Media |
| Portland Press Herald | Morning Sentinel/MaineToday Media Acquisit | U.S. | Maine | News / Media |
| Pottstown Mercury | DFM / Media News Group (Alden Global Capi | U.S. | Pennsylvania | News / Media |
| Providence Journal | Gannett | U.S. | Rhode Island | News / Media |
| Pueblo Chieftain | Gannett | U.S. | Colorado | News / Media |
| Quartz | Atlantic Media | U.S. | New York | News / Media |
| Quincy Patriot Ledger | Gannett | U.S. | Massachussetts | News / Media |
| Quincy Patriot Ledger Associates | Gannett | U.S. | Massachussetts | News / Media |
| Radio Free Asia | Radio Free Asia | U.S. | Washington DC | News / Media |
| Raw Story Media | Raw Story Media, Inc. | U.S. | Washington DC | News / Media |
| Roanoke Times | Lee Enterprises | U.S. | Virginia | News / Media |
| Rochester Democrat & Chronicle | Gannett | U.S. | New York | News / Media |

EXHIBIT A

| Name | Owner | Country | State | Type |
|---|---|---|---|---|
| Rockford Register Star | Gannett | U.S. | Illinois | News / Media |
| Royal Oak Daily Tribune | DFM / Media News Group (Alden Global Capi | U.S. | Michigan | News / Media |
| Sacramento Bee | McClatchy | U.S. | California | News / Media |
| San Jose Mercury News | DFM / Media News Group (Alden Global Capi | U.S. | California | News / Media |
| San Mateo County Time | DFM / Media News Group (Alden Global Capi | U.S. | California | News / Media |
| Santa Rosa Press Democrat | Sonoma Media Investments/Steve Falk | U.S. | California | News / Media |
| Sarasota Herald-Tribune | Gannett | U.S. | Florida | News / Media |
| Scholastic Magazine | Scholastic Inc. | U.S. | New York | News / Media |
| Scranton Times-Tribune | The Times-Tribune & The Sunday Times/Time | U.S. | Pennsylvania | News / Media |
| Seattle Daily Journal of Commerce | Daily Journal of Commerce, Inc. | U.S. | Washington | News / Media |
| Seattle Times | Seattle Times/Blethen | U.S. | Washington | News / Media |
| Skagit Valley Herald | Adams Publishing Group | U.S. | Washington | News / Media |
| South Bend Tribune | Gannett | U.S. | Indiana | News / Media |
| Southern Illinoisan | Lee Enterprises | U.S. | Illinois | News / Media |
| Sports Illustrated | Meredith Corporation | U.S. | New York | News / Media |
| Springfield News-Leader | Gannett | U.S. | Missouri | News / Media |
| Springfield, OH News Sun | Cox Enterprises | U.S. | Ohio | News / Media |
| St. Louis Labor Tribune | The Labor Tribune Publishing Co/Ed Finkelst | U.S. | Missouri | News / Media |
| St. Louis Post-Dispatch | Lee Enterprises | U.S. | Missouri | News / Media |
| St. Louis Review | Roman Catholic Archdiocese of St. Louis | U.S. | Missouri | News / Media |
| St. Paul Pioneer Press | DFM / Media News Group (Alden Global Capi | U.S. | Minnesota | News / Media |
| Stage 29 Productions Daily Mail TV episodes | Stage 29 Productiions | U.S. | New York | News / Media |
| Standard and Poors | The McGraw-Hill Co. | U.S. | New York | News / Media |
| State Journal-Register | Gannett | U.S. | Illinois | News / Media |
| Telemundo TV-NBC Network | Telemundo Communications Group | U.S. | Puerto Rico | News / Media |
| Terre Haute Tribune-Star | Community Newspaper Holdings Inc. | U.S. | Indiana | News / Media |
| The Central Record | DFM / Media News Group (Alden Global Capi | U.S. | New Jersey | News / Media |
| The Guardian U.S. | Guardian Media Group | U.S. | National | News / Media |
| The Nation | The Nation Co., L.P./Katrina vanden Heuvel | U.S. | New York | News / Media |
| The Real News Network | Independent World Television, Inc. | U.S. | Maryland | News / Media |
| The Sheboygan Press | Gannett | U.S. | Wisconsin | News / Media |
| The Trentonian | DFM / Media News Group (Alden Global Capi | U.S. | New Jersey | News / Media |
| Thomson Reuters | Reuters America LLC/The Thomson Co | U.S. | New York | News / Media |
| Time Inc Digital | Marc Benioff | U.S. | New York | News / Media |
| Time Magazine | Marc Benioff | U.S. | New York | News / Media |
| Toledo Blade | The Toledo Blade Co / Block Communications | U.S. | Ohio | News / Media |
| Truthout.org | Truthout/not for profit governed by BOD | U.S. | National | News / Media |
| Utica Observer-Dispatch | Gannett | U.S. | New York | News / Media |
| Virginian Pilot | Tribune | U.S. | Virginia | News / Media |
| VTDigger | Vermont Journalism Trust | U.S. | Vermont | News / Media |
| Wailuku Maui News | Maui Publishing Co., Ltd/Ogden Newspapers | U.S. | Hawaii | News / Media |
| Wall Street Journal | NewsCorp | U.S. | New York | News / Media |
| WAPA TV-Satellite Network | InterMedia Partners, LP | U.S. | Puerto Rico | News / Media |
| Washington Post | Jeff Bezos | U.S. | Washington DC | News / Media |
| Waterville Morning Sentinel | Reade Brower | U.S. | Maine | News / Media |
| Waukegan Lake County News-Sun | Tribune | U.S. | Illinois | News / Media |
| Wilkes-Barre Citizens' Voice | Times Shamrock | U.S. | Pennsylvania | News / Media |
| Wirecutter | New York Times | U.S. | New York | News / Media |
| WLII TV-Satellite Network (Tele-Once) | Univision | U.S. | Puerto Rico | News / Media |
| Woonsocket Call | Rhode Island Suburban Newspapers | U.S. | Rhode Island | News / Media |
| Worcester Telegram and Gazette-Editorial | Gannett | U.S. | Rhode Island | News / Media |
| WPIX TV-The CW Network | WPIX Inc./Tribune Media Co. | U.S. | New York | News / Media |
| Wyoming Tribune Eagle | Adams Publishing Group | U.S. | Wyoming | News / Media |
| Yakima Herald-Republic | Blethen | U.S. | Washington | News / Media |
| York Daily Record | Gannett | U.S. | Pennsylvania | News / Media |
| York Dispatch | Gannett | U.S. | Pennsylvania | News / Media |
| Your Town/Boston.com | Boston Globe Media Partners/John Henry | U.S. | Massachussetts | News / Media |
| Ziff Davis | Ziff Davis | U.S. | New York | News / Media |

EXHIBIT A