

June 8, 2020

**Via CM-ECF**

The Honorable Wilhelmina M. Wright
United States District Court
334 Federal Building
316 N. Robert Street
Saint Paul, Minnesota 55101

Re:   *Goyette et al. v. City of Minneapolis et al.*
      Court File No. 0:20-cv-01302-WMW-DTS

Dear Judge Wright:

As directed during today's motion hearing, Plaintiffs submit enclosed documents for filing:

1.   An Order issued June 5, 2020, by the United States District Court for the District of Colorado granting in part a motion for temporary restraining order in the matter *Agazi Bay, et al. v. City of Denver*, Court File No. 1:20-cv-01616-RBJ.  This Order is offered as supplemental authority in support of Plaintiffs' Motion for Temporary Restraining Order (Dkt. 5).

2.   The Supplemental Declaration of Pari I. McGarraugh in Support of Motions for Temporary Restraining Order and Class Certification and its exhibits.

Please note that the e-filed version of the Declaration does not have live links to the video exhibits because, for technological reasons, we are not able to effectively file a live-linked PDF through the CM-ECF system.  I will separately email chambers a ShareFile link so that the live-linked document can be downloaded.  Please let me know if you have difficulty accessing the document or its linked exhibits.  I am happy to arrange hand delivery of a flash drive containing these video files if it would be useful to the Court.

Please also be aware that the Declaration reflects the case caption prior to our filing of the Amended Complaint because the declaration, including the technical work of embedding live links, was prepared before the Amended Complaint was filed.  We are happy to provide a version of the Declaration on the current caption as soon as one can be prepared.

June 8, 2020
Page 2

                                                 Sincerely,

                                                 FREDRIKSON & BYRON, P.A.

                                                 */s/ Pari I. McGarraugh*

                                                 Pari I. McGarraugh
                                                 **Direct Dial:**  612.492.7480
                                                 **Email:**  pmcgarraugh@fredlaw.com

Enclosures

cc: All counsel of record via CM-ECF