# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Jared Goyette, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Wilhelmina M. Wright, U.S. District Judge |
| v. | Case No: 20-cv-1302 (WMW/DTS) |
| City of Minneapolis, et al., | Date: June 8, 2020 |
| | Courthouse: Saint Paul |
| | Courtroom: Telephonic Hearing |
| Defendants. | Deputy: Mona Eckroad |
| | Court Reporter: Lori Simpson |
| | Time in Court: 3:11 p.m. – 5:29 p.m. |
| | Total time: 2 Hours 18 Minutes |

**APPEARANCES:**

Plaintiffs:  Dulce J. Foster (appeared by teleconference)
Adam W. Hansen (appeared by teleconference)
Jacob Patsch Harris (appeared by teleconference)
Kevin C. Riach (appeared by teleconference)
Theresa J. Nelson (appeared by teleconference)
Pari McGarraugh (appeared by teleconference)

Defendants:  Heather Passe Robertson (appeared by teleconference)
Kristin R. Sarff (appeared by teleconference)
Elizabeth C. Kramer (appeared by teleconference)
Julianna F. Passe (appeared by teleconference)
Leah M. Hedman (appeared by teleconference)

**HEARING ON:**

Plaintiff's Motion to Certify Class [2].

Plaintiff's Motion for Temporary Restraining Order [5].

**PROCEEDINGS:**

The motion to certify class and the motion for temporary restraining order were held via

teleconference.

The motions were argued and taken under advisement. Order to follow.

s/Mona Eckroad  
Courtroom Deputy