# AFFIDAVIT OF SERVICE

| Case:<br>20-CV-01302<br>(WMW/DTS) | Court:<br>UNITED STATE DISTRICT COURT, DISTRICT OF MINNESOTA | County:<br>, MN | Job:<br>4591795 (099991.2193) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Jared Goyette, on hehalf of himseld and other similarly situated individuals | | **Defendant / Respondent:**<br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, in his individual and offical capacity; Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity; Minnesota Department of Public Safety Commissioner John Harrington, in his individual and offical capacity; Minnesota State Partol Colonel Matthew Langer, in his individual and official capacity; and John Does 1-2, in their individual and official capacity | |
| **Received by:**<br>Platinum Courier Service | | **For:**<br>FREDRIKSON & BYRON, P.A. | |
| **To be served upon:**<br>ROBERT KROLL | | | |

I, James Basa, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ROBERT KROLL by serving him personally , Home: 6589 145TH CIRCLE NORTH, HUGO, MN 55038
**Manner of Service:** Personal/Individual, Jun 9, 2020, 3:28 pm CDT
**Documents:** First Amended Class Action Complaint and Demand for a Jury Trial and Exhibits 1-5 w/ Redline copy of First Amended Class Action Complaint and Demand for Jury Trail , June 8, 2020 letter to Judge Wright with enclosures, June 8, 2020 email to Judge Wright, June 9, 2020 email - Minute Entry for proceedings held before Judge Wright; and, Supplemental Affidavit in Support of Motions for Temporary Restraining Order and Class Certification

**Additional Comments:**
1) Successful Attempt: Jun 9, 2020, 3:28 pm CDT at Home: 6589 145TH CIRCLE NORTH, HUGO, MN 55038 received by ROBERT KROLL by serving him personally .

_James Basa_  06/09/2020
James Basa        Date

Platinum Courier Service
40 S. 7th Street 212-335
Minneapolis, MN 55402
612-221-2254

Subscribed and sworn to before me by the affiant who is personally known to me.

_Haille Roos_
Notary Public

June 9, 2020
Date        Commission Expires



HAILLE R. ROOS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan 31, 2023