## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jared Goyette, Craig Lassig, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals*,

Plaintiff,

vs.

City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-2, *in their individual and official capacities*.

Defendants.

Court File No. 0:20-cv-01302 (WMW/DTS)

**STIPULATION TO EXTEND TIME FOR STATE DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

WHEREAS, Plaintiff Goyette filed the Complaint in this matter (ECF No. 1) on June 2, 2020 and served Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer ("State Defendants") on June 3, 2020;

WHEREAS Plaintiffs filed an Amended Complaint adding two additional plaintiffs on June 8, 2020 (ECF No. 31);

WHEREAS, Plaintiffs and State Defendants, through their undersigned counsel, hereby stipulate to entry of an Order extending the time for State Defendants to answer or otherwise respond to the Amended Complaint (ECF No. 31) until August 3, 2020; and

WHEREAS, by entering into this stipulation, Plaintiffs and State Defendants further agree that State Defendants preserve, and nothing in this stipulation shall be deemed to waive, any and all defenses that may be asserted in this matter.

NOW, THEREFORE, Plaintiffs and State Defendants respectfully request an Order from the Court entering the proposed Order Extend State Defendants' Time to Respond to Plaintiffs' Amended Complaint in its entirety.

NOW, THEREFORE, Plaintiffs and State Defendants respectfully ask that the Court sign and enter the proposed Order to Extend State Defendants' Time To Respond to Plaintiffs' Amended Complaint.

*SIGNATURES ON FOLLOWING PAGE*

Dated:  June 15, 2020

**/s Kevin C. Riach**
Kevin C. Riach (#0389277)
Dulce J. Foster (#0285419)
Pari I. McGarraugh (#0395524)
Jacob P. Harris (#0399255)
**FREDRIKSON & BYRON, P.A.**

200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
kriach@fredlaw.com
dfoster@fredlaw.com
pmcgarraugh@fredlaw.com
jharris@fredlaw.com
*Attorneys for Plaintiffs Goyette
and Lassig*

Adam W. Hansen (#0391704)
**APOLLO LAW LLC**
333 Washington Avenue North
Suite 300
Minneapolis, MN 55401
Telephone: 612.927.2969
adam@apollo-law.com
*Attorneys for Plaintiffs*

Teresa Nelson (#269736)
Isabella Salomão Nascimento
(# 0401408)
**AMERICAN CIVIL LIBERTIES
UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Telephone: 651.529.1692
inascimento@aclu-mn.org
*Attorneys for Plaintiffs*

#4737985-v1

Dated:  June 15, 2020

KEITH ELLISION
Attorney General
State of Minnesota

**s/ Julianna F. Passe**
KATHRYN IVERSON LANDRUM
(#0389424)

JULIANNA F. PASSE (#0397317)

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1189 (Voice)
(651) 282-5932 (Fax)
kathryn.landrum@ag.state.mn.us
julianna.passe@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS
MINNESOTA DEPARTMENT OF
PUBLIC SAFETY COMMISIONER
JOHN HARRINGTON AND
MINNESOTA STATE PATROL
 COLONEL MATTHEW LANGER, *IN
 THEIR  OFFICIAL  AND  INDIVIDAUL
 CAPACITIES*