UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jared Goyette, Craig Lassig, and The Communications Workers of America, *on behalf of themselves and other similarly situated individuals,* | Court File No. 0:20-cv-1302 (WMW/DTS) |
| Plaintiffs, | |
| v. | **STIPULATION TO FILE SECOND AMENDED COMPLAINT AND EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT** |
| City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*, Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*, Minnesota Department of Public Safety Commissioner John Harrington*, in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*, and John Does 1-2, *in their individual and official capacities*, | |
| Defendants. | |

---

Pursuant to Fed. R. Civ. P. 15, the parties hereby stipulate as follows:

1. Plaintiffs Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Maury, Stephen Maturen, and the Communications Workers of America ("Plaintiffs") may file their Second Amended Complaint.

2. Defendants' deadline to answer or otherwise respond to the Second Amended Complaint is September 14, 2020.

Accordingly, the parties respectfully request that the Court enter an order adopting this stipulation.

| | |
|---|---|
| Dated:  July 29, 2020 | /s/ Kevin C. Riach |

Kevin C. Riach (#0389277)
Dulce J. Foster (#0285419)
Pari I. McGarraugh (#0395524)
Jacob P. Harris (#0399255)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000
kriach@fredlaw.com
dfoster@fredlaw.com
pmcgarraugh@fredlaw.com
jharris@fredlaw.com

Adam W. Hansen (#0391704)
**APOLLO LAW LLC**
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
(612) 927-2969
adam@apollo-law.com

Teresa Nelson (#269736)
Isabella S. Nascimento (#0401408)
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
(651) 529-1692
tnelson@aclu-mn.org
inascimento@aclu-mn.org

*Attorneys for Plaintiffs*

|                        |                                                                 |
|------------------------|-----------------------------------------------------------------|
|                        | KEITH ELLISON<br>Attorney General<br>State of Minnesota         |
| Dated: July 29, 2020   | /s/ Juliana F. Passe<br>Kathryn Iverson Landrum (#0389424)<br>Julianna F. Passe (#0397317)<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757- 1189<br>kathryn.landrum@ag.state.mn.us<br>julianna.passe@ag.state.mn.us |

***Attorneys for Defendants Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer***

|                        |                                                                 |
|------------------------|-----------------------------------------------------------------|
|                        | CITY ATTORNEY'S OFFICE<br>City of Minneapolis                   |
| Dated: July 29, 2020   | /s/ Heather Robertson<br>Kristin R. Sarff (#388003)<br>Heather Robertson (#390470)<br>Assistant City Attorneys<br>City Hall, Room 210<br>350 South Fifth Street<br>Minneapolis, MN  55415<br>(612) 673-3919 |

***Attorneys for Defendants City of Minneapolis and Minneapolis Police Chief Medaria Arradondo***

4

Dated: July 29, 2020						/s/ Kevin M. Beck
								Joseph A. Kelly (#0389356)
								Kevin M. Beck (#0389072)
								**KELLY & LEMMONS, P.A.**
								2350 Wycliff Street, Suite 200
								St. Paul, MN 55114
								(651) 224-3781
								jkelly@kellyandlemmons.com
								kbeck@kellyandlemmons.com

								***Attorneys for Defendant Minneapolis Police Lieutenant Robert Kroll***