UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, and The Communications Workers of America, *on behalf of themselves and other similarly situated individuals*,<br><br>        Plaintiffs,<br>   v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*, Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*, Minnesota Department of Public Safety Commissioner John Harrington*, in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*, and John Does 1-2, *in their individual and official capacities*,<br><br>        Defendants. | Court File No.  0:20-cv-1302 (WMW/DTS)<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT the time for the Defendants to respond to Plaintiffs' Second Amended Complaint is September 14, 2020.


Dated: _____                                _____
                                                                                Wilhelmina M. Wright
                                                                                United States District Judge