UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Maury, Stephen Maturen, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Minneapolis, et al.,<br><br>Defendants. | Court File No. 0:20-cv-01302 (WMW/DTS)<br><br>**LR 7.1(f) CERTIFICATION OF COMPLIANCE REGARDING MEMORANDUM IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMSS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

I am an attorney representing State Defendants in this matter, and hereby certify that the Memorandum of Law in Support of the State Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint complies with Local Rule 7.1(f).  I further certify that, in preparing this document, I used Microsoft Word Version 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the above-referenced document contains 8,829 words.

**SIGNATURE ON FOLLOWING PAGE**

Dated: September 14, 2020

KEITH ELLISON
Attorney General
State of Minnesota

/s Julianna F. Passe
KATHRYN IVERSON LANDRUM (#0389424)

JULIANNA F. PASSE (#0397317)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1136 (Voice)
(651) 282-5832 (Fax)
kathryn.landrum@ag.state.mn.us
julianna.passe@ag.state.mn.us

ATTORNEY FOR DEFENDANTS MINNESOTA DEPARTMENT OF PUBLIC SAFETY COMMISSIONER JOHN HARRINGTON AND MINNESOTA STATE PATROL COLONEL MATTHEW LANGER, *IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES*

|#4802365-v1