UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Mauy, Stephen Maturen, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals*,<br><br>                        Plaintiff,<br><br>  vs.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-10, *in their individual and official capacities*.<br><br>                        Defendants. | Court File No. 20-cv-01302<br>(WMW/DTS)<br><br><br>**DEFENDANT MINNEAPOLIS POLICE LIEUTENANT ROBERT KROLL'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)** |

**TO:   THE COURT ADMINISTRATOR AND ALL COUNSEL OF RECORD**

**MOTION**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Minneapolis Police Lieutenant Robert Kroll hereby moves the United States District Court, District of Minnesota for an Order to dismiss Plaintiff's Second Amended Complaint for failure to state a claim upon

1

which relief can be granted. Said Motion is based upon the attached Memorandum of Law and all of the files, records, and proceedings herein.

Respectfully submitted,

**KELLY & LEMMONS, P.A.**

Dated: September 14, 2020      /s/ Joseph A. Kelly
Joseph A. Kelly (#389356)
jkelly@kellyandlemmons.com
Kevin M. Beck (#0389072)
kbeck@kellyandlemmons.com
2350 Wycliff Road, #200
St. Paul, MN 55114
(651) 224-3781
F: (651) 223-8019

*Attorneys for Defendant Minneapolis Police Lieutenant Robert Kroll*