UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Mauy, Stephen Maturen, and The Communications Workers of America, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-10, *in their individual and official capacities*,<br><br>Defendants. | Court File No.:<br>0:20-cv-01302 (WMW/DTS)<br><br><br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON PENDING MOTIONS TO DISMISS** |

Pursuant to the Local Rules and the Court's Practice Pointers, Defendants Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer ("State Defendants"), Defendant Minneapolis Police Lieutenant Robert Kroll ("Defendant Kroll"), Defendants City of Minneapolis and Minneapolis Police Chief of Police Medaria Arradondo ("City Defendants") and Plaintiffs Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Mauy, Stephen Maturen, and The Communications Workers of America ("Plaintiffs") hereby stipulate to

1

extend the briefing schedule on the pending motions to dismiss filed by the State Defendants and Defendant Kroll, Docket Nos. 54 and 60, respectively ("Motions"). The parties stipulate to the following briefing schedule:

1. City Defendants shall file their responses to the Motions, if any, on or before October 15, 2020.

2. Plaintiffs shall file their responses to the Motions on or before October 29, 2020.

3. State Defendants shall file their reply, if any, on or before November 12, 2020.

4. Defendant Kroll shall file his reply, if any, on or before November 12, 2020.

*SIGNATURE PAGE(S) FOLLOW*

| | |
|---|---|
| Dated: September 23, 2020 | /s/ Kevin C. Riach |

Kevin C. Riach (#0389277)
Dulce J. Foster (#0285419)
Pari I. McGarraugh (#0395524)
Jacob P. Harris (#0399255)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000
kriach@fredlaw.com
dfoster@fredlaw.com
pmcgarraugh@fredlaw.com
jharris@fredlaw.com

Adam W. Hansen (#0391704)
Colin Reeves (*pro hac vice* pending)
**APOLLO LAW LLC**
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
(612) 927-2969
adam@apollo-law.com
colin@apollo-law.com

Teresa Nelson (#269736)
Isabella S. Nascimento (#0401408)
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
(651) 529-1692
tnelson@aclu-mn.org
inascimento@aclu-mn.org

*Attorneys for Plaintiffs*

Dated:  September 23, 2020

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Julianna F. Passe
Kathryn Iverson Landrum (#0389424)
Julianna F. Passe (#0397317)
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757- 1189
kathryn.landrum@ag.state.mn.us
julianna.passe@ag.state.mn.us

***Attorneys for Defendants Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer***

Dated:  September 23, 2020

/s/ Joseph Kelly
Joseph A. Kelly (#0389356)
Kevin M. Beck (#0389072)
**KELLY & LEMMONS, P.A.**
2350 Wycliff Street, Suite 200
St. Paul, MN 55114
(651) 224-3781
jkelly@kellyandlemmons.com
kbeck@kellyandlemmons.com

***Attorneys for Defendant Minneapolis Police Lieutenant Robert Kroll***

Dated: September 23, 2020     CITY ATTORNEY'S OFFICE
City of Minneapolis

/s/ Heather Robertson
Kristin R. Sarff (#388003)
Heather Robertson (#390470)
Sharda Enslin (#0389370)
Assistant City Attorneys
City Hall, Room 210
350 South Fifth Street
Minneapolis, MN  55415
(612) 673-3919
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov

***Attorneys for Defendants City of Minneapolis and Minneapolis Police Chief Medaria Arradondo***