UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jared Goyette et al., | Case No. 20-cv-1302 (WMW/DTS) |
| Plaintiffs, | |
| v. | **BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| City of Minneapolis et al., | |
| Defendants. | |

---

On April 14, 2021, Plaintiffs filed a motion for a temporary restraining order. (Dkt. 94.) The Court establishes the following briefing schedule to address the motion:

1.      Defendants collectively shall file a single memorandum of law in response to Plaintiffs' motion no later than **Thursday, April 15, 2021 at 5:00 p.m.** No reply brief shall be permitted.

2.      Defendants' response memorandum of law shall not exceed the word limits imposed by Local Rule 7.1(f).

3.      A hearing, if any, shall occur at a date and time to be determined.

4.      Plaintiffs shall *immediately* serve Defendants with a copy of (1) Plaintiffs' motion and supporting documents and (2) this Order. Plaintiffs shall file proof of such service on ECF.

Dated: April 14, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge