UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Maury, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals,*<br><br>　　　　Plaintiffs,<br>　　v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-4, *in their individual and official capacities*.<br><br>　　　　Defendants. | Court File No. 20-cv-01302 (WMW/DTS)<br><br><br><br><br><br><br>**DECLARATION OF EMILY M. MCADAM** |

I, Emily M. McAdam, declares under penalty of perjury, as follows:

1.　　I am an attorney at Fredrikson & Byron, P.A. and we represent Plaintiffs Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Maury, and The Communications Workers of America.  I submit this Declaration of Service in Support of Plaintiffs' Motion for Temporary Restraining Order Against Defendants John Harrington, Matthew Langer, and John Does.

2.　　Today, April 14, 2021, at 8:19 p.m. I served via e-mail upon counsel of record for Defendants City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo; Minneapolis Police Lieutenant Robert Kroll; Minnesota Department of Public Safety Commissioner John

Harrington; Minnesota State Patrol Colonel Matthew Langer; and John Does 1-4, true and correct copies of the following documents:

    (a)    ECF No. 94 Motion for TRO

    (b)    ECF No. 95 Proposed Order Granting Motion for TRO

    (c)    ECF No. 96 Memorandum of Law in Support of Motion for TRO

    (d)    ECF No. 97 Declaration of Jared Goyette in Support of Motion for TRO

    (e)    ECF No. 98 Declaration of Isabella Nascimento and Exhibit in Support of TRO

    (f)    ECF No. 99 Court's Briefing Schedule on Plaintiffs' Motion for TRO

***I declare under penalty of perjury that everything I have stated in this document is true and correct.***

Dated: April 14, 2021                          /s/ *Emily M. McAdam*
                                                      Emily M. McAdam
                                                      Hennepin County, Minnesota