

Minnesota

Isabella Salomão Nascimento
Staff Attorney
inascimento@aclu-mn.org
612.383.2212

April 15, 2021

VIA EMAIL
The Honorable Wilhelmina M. Wright
United States District Court
316 N. Robert Street Room 7A
St. Paul, MN 55101
Wright_chambers@mnd.uscourts.gov

    Re: *Goyette, et al. v. City of Minneapolis, et al.*, 0:20-cv-01302 (WMW/DTS)

Dear Judge Wright:

    In advance of oral argument on Plaintiffs' Motion for a Temporary Restraining Order, Plaintiffs seek leave to submit a supplemental declaration in support of Plaintiffs' motion. This supplemental declaration contains (1) a citation referenced in Plaintiffs' Memorandum of Law In Support of Motion for a Temporary Restraining Order on page 12, but which was inadvertently omitted from the supporting declaration submitted therewith, and (2) additional relevant evidence for the Court's consideration of Plaintiffs' motion which was not available at the time Plaintiffs filed their motion. Enclosed please find a courtesy copy of this document.

    Sincerely,

    Isabella Salomão Nascimento

Enclosures
cc:    Kathryn Landrum, Kathryn.landrum@ag.state.mn.us
        Heather Robertson, heather.robertson@minneapolismn.gov
        Kristin Sarff, Kristin.sarff@minneapolismn.gov
        Sharda Enslin, sharda.enslin@minneapolismn.gov
        Joseph Kelly, jkelly@kellyandlemmons.com
        Kevin Beck, kbeck@kellyandlemmons.com