UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jared Goyette, Craig Lassig, Michael
Shum, Katie Nelson, Tannen Maury,
Stephen Maturen, and The
Communications Workers of America,
*On behalf of themselves and other similarly
situated individuals*,

Court File No. 0:20-cv-01302
(WMW/DTS)

Plaintiff,

**DECLARATION OF
KATHRYN IVERSON LANDRUM**

vs.

City of Minneapolis, et al.

Defendants.

KATHRYN IVERSON LANDRUM, states as follows:

1.     I am an Assistant Attorney General with the Minnesota Attorney General's

Office and I represent State Defendants in the above-captioned matter.

2.     Attached as Exhibit 1 is a true and correct copy of Executive Order 21-18,

issued on April 12, 2021.

3.     Attached as Exhibit 2 is a true and correct copy of portions of Plaintiff

Jared Goyette's Twitter feed stemming from April 10, 2021 to April 15, 2021.

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE
STATED IN THIS DOCUMENT IS TRUE AND CORRECT.

s/ Kathryn Iverson Landrum
KATHRYN IVERSON LANDRUM

Dated:  April 15, 2021
County of Ramsey, State of Minnesota
|#4948827-v1