> Jared here, moved the conversation away from state violence and assumes everyone in block is white twitter.com/JaredGoyette/s...
> Show this thread

💬 1    🔁 2    ♡ 8

**Jared Goyette** ✓ @JaredGoyette · 21h

It's been pointed out to me that not all kid shaking the fence were white. I accept that, and will, as requested delete.

You have understandable angry Black youth in the mix. It's fluid and complex, hard to speak in absolutes.

💬 2    🔁 3    ♡ 31

**Jared Goyette** ✓ @JaredGoyette · 21h

Tensions between the tactics of mostly white anarchists and BIPOC organizers has been a thing for decades, as a Google search will show you.

That tension is present here. I heard it directly from an organizer of color last night. It's real, only part of the larger picture.

💬 2    🔁 6    ♡ 23

**Jared Goyette** ✓ @JaredGoyette · 21h

They weren't in peril as a group but a well placed rock can do damage. I saw mostly water bottles.

Throwing objects for sure leads to police escalation, which is why organizers / collective work to prevent it from happening during the day.

> **D.A. Bullock** @BullyCreative · Apr 14
> Replying to @BullyCreative and @JaredGoyette
> At no point are the police in actual peril, they have concrete, fencing, tanks, protection gear, and they know this.

💬 1    🔁 2    ♡ 8

🔁 **Jared Goyette Retweeted**

**D.A. Bullock** @BullyCreative · Apr 14
Replying to @BullyCreative and @JaredGoyette
At no point are the police in actual peril, they have concrete, fencing, tanks, protection gear, and they know this.

Declaration - Landrum
Exhibit 2
000001

💬 2           ⇅ 6           ♡ 70          ⬆


**Jared Goyette** ✓ @JaredGoyette · Apr 14           ⋯

I'm worried about where this is headed. Bear with me as I try to make a nuanced point.

A group of people did shake the fence, pull at it and throw stuff. They didn't get close to pulling it down, but the police had already established the fence as "off limits."

> **Minnesota OSN** @MinnesotaOSN · Apr 14
>
> "Our teams were actively working together in hopes tonight would be peaceful," @MnDPS_MSP Col. Matt Langer said.
>
> As the evening went on, groups chose to throw objects, began tearing down fencing, and "started with the activities that lead toward a riot," Langer added.
>
> #MNOSN
>
> 

💬 5           ⇅ 39          ♡ 117         ⬆

Show this thread


**Jared Goyette** ✓ @JaredGoyette · Apr 14           ⋯
Replying to @JaredGoyette

When the crowd got pushed back, that anger got directed at store windows. "Looting" started.

I couldn't help but think of that when Dollar Tree got hit Monday. It's at the end of the block, were police drove the increasingly angry crowd, using tear

gas and projectiles.

💬 2   🔁 5   ♡ 60   ⬆️

**Jared Goyette** ✓ @JaredGoyette · Apr 14

It would help if police (and a lot of reporters) had a better understanding of the differences between protesters. A important part of crowd control is knowing the crowd.

💬 6   🔁 26   ♡ 176   ⬆️

**Jared Goyette** ✓ @JaredGoyette · Apr 13

I'm home safe, frustrated by @MinnesotaOSN's inability to respect or understand that the first amendment protects journalists' right to cover events of public interest, even when there is a curfew, and even when there is a dispersal order.

💬 6   🔁 110   ♡ 704   ⬆️

**Jared Goyette** ✓ @JaredGoyette · Apr 14

*Shouldn't need to say this, but that is not directed at individual state troopers, officers or Nat Guard soldiers. I respect they also have a difficult job to do, and also had reasons to be worried about their safety. Not personal at all.

💬 4   🔁   ♡ 45   ⬆️

**Jared Goyette** ✓ @JaredGoyette · Apr 14

Also, frustrated by own inability to phone type in what was mildly cold weather by Minnesota standards, but that is another topic.

💬 1   🔁   ♡ 36   ⬆️

**Jared Goyette** ✓ @JaredGoyette · Apr 13

Gonna fix this typo.

💬   🔁   ♡ 1   ⬆️

Show this thread

🔁 **Jared Goyette Retweeted**

**are you there god? it's me, dionne** @OhDionne · Apr 13

> **AP APStylebook** ✓ @APStylebook · Aug 25, 2020
> Avoid the vague "officer-involved" for shootings and other cases involving police. Be specific about what happened. If police use the

Declaration - Landrum
Exhibit 2
000003