UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Maury, Stephen Maturen, and The Communications Workers of America, *on behalf of themselves and other similarly situated individuals*,<br><br>Plaintiffs,<br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-10, *in their individual and official capacities*,<br><br>Defendants. | Court File No.:<br>0:20-cv-01302 (WMW/DTS) |

### NOTICE OF DISMISSAL OF CLAIMS BY MICHAEL SHUM AGAINST DEFENDANS KROLL, HARRINGTON, LANGER, AND DOES 1-10

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Shum voluntarily dismisses without prejudice his claims against Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity; Minnesota Department of Public Safety Commissioner John Harrington, in his individual and official capacity, Minnesota

State Patrol Colonel Matthew Langer, in his individual and official capacity; and John Does 1-10, in their individual and official capacities.

| | |
|---|---|
| Dated:  April 22, 2021 | */s/ Pari I. McGarraugh* |

                                        Kevin C. Riach (#0389277)
                                        Dulce J. Foster (#0285419)
                                        Pari I. McGarraugh (#0395524)
                                        Jacob P. Harris (#0399255)
                                        Mary Fee (#0399936)
                                        Emily McAdam (#0400898)
                                        **FREDRIKSON & BYRON, P.A.**
                                        200 South Sixth Street, Suite 4000
                                        Minneapolis, MN  55402-1425
                                        (612) 492-7000
                                        kriach@fredlaw.com
                                        dfoster@fredlaw.com
                                        pmcgarraugh@fredlaw.com
                                        jharris@fredlaw.com
                                        mfee@fredlaw.com
                                        emcadam@fredlaw.com

                                        Adam W. Hansen (#0391704)
                                        Colin Reeves (*pro hac vice*)
                                        **APOLLO LAW LLC**
                                        333 Washington Avenue North, Suite 300
                                        Minneapolis, MN 55401
                                        (612) 927-2969
                                        adam@apollo-law.com
                                        colin@apollo-law.com

                                        Teresa Nelson (#269736)
                                        Isabella S. Nascimento (#0401408)
                                        **AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
                                        P.O. Box 14720
                                        Minneapolis, MN 55414
                                        (651) 529-1692
                                        tnelson@aclu-mn.org
                                        inascimento@aclu-mn.org

                                        ***Attorneys for Plaintiffs***