# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Maury, Stephen Maturen, and The Communications Workers of America, *on behalf of themselves and other similarly situated individuals*,

Plaintiffs,

v.

City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-10, *in their individual and official capacities*,

Defendants.

Court File No.:
0:20-cv-01302 (WMW/DTS)

## STIPULATION OF DISMISSAL OF CLAIMS WITHOUT PREJUDICE BY MICHAEL SHUM AGAINST CITY DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Shum, the City of Minneapolis and Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity, (the "City Defendants") stipulate and agree that Plaintiff Michael Shum's claims against the City Defendants may be dismissed without prejudice.

Dated:  April 22, 2021 */s/ Pari I. McGarraugh*

Kevin C. Riach (#0389277)
Dulce J. Foster (#0285419)
Pari I. McGarraugh (#0395524)
Jacob P. Harris (#0399255)
Mary Fee (#0399936)
Emily McAdam (#0400898)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000
kriach@fredlaw.com
dfoster@fredlaw.com
pmcgarraugh@fredlaw.com
jharris@fredlaw.com
mfee@fredlaw.com
emcadam@fredlaw.com

Adam W. Hansen (#0391704)
Colin Reeves (*pro hac vice*)
**APOLLO LAW LLC**
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
(612) 927-2969
adam@apollo-law.com
colin@apollo-law.com

Teresa Nelson (#269736)
Isabella S. Nascimento (#0401408)
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
(651) 529-1692
tnelson@aclu-mn.org
inascimento@aclu-mn.org

*Attorneys for Plaintiffs*

Dated: April 22, 2021

JAMES R. ROWADER, JR.
City Attorney
By   */s/ Heather Robertson*
HEATHER P. ROBERTSON (0390470)
KRISTIN R. SARFF (0388003)
SHARDA ENSLIN (0389370)
Assistant City Attorneys
**Minneapolis City Attorney's Office**
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-3949
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Attorneys for Defendants*