# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Maury, Stephen Maturen, and The Communications Workers of America, *on behalf of themselves and other similarly situated individuals*,<br><br>        Plaintiffs,<br>   v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-10, *in their individual and official capacities*,<br><br>        Defendants. | Court File No.:<br>0:20-cv-01302 (WMW/DTS)<br><br><br>**[PROPOSED] ORDER DISMISSING CLAIMS BY PLAINTIFF MICHAEL SHUM WITHOUT PREJUDICE** |

This case is before the Court on the Stipulation and Notice of Dismissal of Claims by Michael Shum Against the City Defendants (ECF No. __) and the Stipulation and Notice of Dismissal of Claims by Michael Shum Against Defendants Kroll, Harrington, Langer, and Does 1-10 (ECF No. __).

**IT IS ORDERED THAT:**

1.     Pursuant to the Stipulation and Notice of Dismissal of Claims by Michael Shum Against the City Defendants (ECF No. __) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Shum's claims asserted against the City of Minneapolis and Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity, are dismissed without prejudice.

2.     Pursuant to the Notice of Dismissal of Claims by Michael Shum Against Defendants Kroll, Harrington, Langer, and Does 1-10 (ECF No. __) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Shum's claims against Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity; Minnesota Department of Public Safety Commissioner John Harrington, in his individual and official capacity, Minnesota State Patrol Colonel Matthew Langer, in his individual and official capacity; and John Does 1-10, in their individual and official capacities, are dismissed without prejudice.

Dated:                                                      _____
                                                            Wilhelmina M. Wright
                                                            United States District Judge