## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jared Goyette, Craig Lassig, Katie
Nelson, Tannen Maury, Stephen Maturen,
and The Communications Workers of
America, *on behalf of themselves and
other similarly situated individuals*,

Plaintiffs,

v.

City of Minneapolis; Minneapolis Chief
of Police Medaria Arradondo *in his
individual and official capacity*;
Minneapolis Police Lieutenant Robert
Kroll, *in his individual and official
capacity*; Minnesota Department of
Public Safety Commissioner John
Harrington, *in his individual and official
capacity*, Minnesota State Patrol Colonel
Matthew Langer, *in his individual and
official capacity*; and John Does 1-10, *in
their individual and official capacities*,

Defendants.

Court File No.:
0:20-cv-01302 (WMW/DTS)

---

### STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER

---

Pursuant to Federal Rule of Civil Procedure 65(b)(2), Plaintiffs Jared Goyette, Craig

Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, and The Communications

Workers of America ("Plaintiffs"), and Defendants Minnesota Department of Public Safety

Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer

(together, the "State Defendants") stipulate and agree that the Order Granting Plaintiffs'

Motion for Temporary Restraining Order (ECF No. 105) (the "TRO") shall be extended

for seven days until midnight on Friday, May 7, 2021. Good cause to extend the TRO exists because Plaintiffs and the State Defendants require additional time to engage in discovery of facts pertinent to Plaintiffs' anticipated motion for a preliminary injunction.

Dated:  April 28, 2021

s/ Kevin C. Riach
Kevin C. Riach (#0389277)
Dulce J. Foster (#0285419)
Pari I. McGarraugh (#0395524)
Jacob P. Harris (#0399255)
Mary Fee (#0399936)
Emily McAdam (#0400898)
Karen Schanfield (#0096350)
Bryan Morben (#0396624)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
(612) 492-7000
kriach@fredlaw.com
dfoster@fredlaw.com
pmcgarraugh@fredlaw.com
jharris@fredlaw.com
mfee@fredlaw.com
emcadam@fredlaw.com
kschanfield@fredlaw.com
bmorben@fredlaw.com

Adam W. Hansen (#0391704)
Colin Reeves (*pro hac vice*)
**APOLLO LAW LLC**
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
(612) 927-2969
adam@apollo-law.com
colin@apollo-law.com

Teresa Nelson (#0269736)
Isabella S. Nascimento (#0401408)
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414

(651) 529-1692
tnelson@aclu-mn.org
inascimento@aclu-mn.org

***Attorneys for Plaintiffs***

Dated: April 28, 2021

/s Kathryn I. Landrum
KATHRYN IVERSON LANDRUM
(#0389424)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1136 (Voice)
(651) 282-5832 (Fax)
kathryn.landrum@ag.state.mn.us

ATTORNEY FOR DEFENDANTS
MINNESOTA DEPARTMENT OF
PUBLIC SAFETY COMMISSIONER
JOHN HARRINGTON AND MINNESOTA
STATE PATROL COLONEL MATTHEW
LANGER, IN THEIR OFFICIAL AND
INDIVIDUAL CAPACITIES