UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jared Goyette et al., | Case No. 20-cv-1302 (WMW/DTS) |
| Plaintiffs, | |
| v. | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |
| City of Minneapolis et al., | |
| Defendants. | |

---

This matter is before the Court on the parties' joint stipulation to extend the Court's April 16, 2021 temporary restraining order (TRO) by 7 days. (Dkt. 115.) A court may extend a TRO to more than 14 days either for good cause or "if the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2). Defendants Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer consent to an extension of the TRO, and the parties assert that they require additional time for discovery related to Plaintiffs' anticipated motion for a preliminary injunction. Accordingly, the Court finds that good causes exists to extend the TRO.

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Court's April 16, 2021 temporary restraining order shall remain in effect until midnight on Friday, May 7, 2021, unless otherwise extended by stipulation of the parties or by further order of the Court.

Dated: April 29, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge