UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals*, | Court File No. 20-cv-01302 (WMW/DTS) |

       Plaintiffs,

  v.

City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-4, *in their individual and official capacities*,

       Defendants.

## MOTION FOR PRELIMINARY INJUCTION AGAINST THE STATE DEFENDANTS AND ALL THOSE IN ACTIVE CONCERT OR PARTICIPATION WITH THEM

Plaintiffs, on behalf of themselves and other similarly situated individuals, hereby move for a Preliminary Injunction against Defendants Minnesota Department of Public Safety Commissioner John Harrington, in his individual and official capacities, and Minnesota State Patrol Colonel Mathew Langer, in his individual and official capacities, and their agents, servants, employees and representatives, and all those in active concert or

participation with them, as described in Plaintiffs' contemporaneously-filed Proposed Order. Plaintiffs requests that this Motion be handled in an expedited manner.

This motion is based on Fed. R. Civ. P. 65, 42 U.S.C. § 1983, and the First, Fourth, and Fourteenth Amendments to the United states Constitution, and is supported by the accompanying Memorandum of Law and contemporaneously filed declarations.

Dated: May 5, 2021

/s/ Dulce Foster
Dulce J. Foster (#0285419)
Karen Schanfield (#0096350)
Pari I. McGarraugh (#0395524)
Emily McAdam (#0400898)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000
dfoster@fredlaw.com
kschanfield@fredlaw.com
pmcgarraugh@fredlaw.com
emcadam@fredlaw.com

***Attorneys for Plaintiffs Jared Goyette, Craig Lassig, Katie Nelson, and Tannen Maury***

Dated: May 5, 2021

/s/ Kevin Riach
Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
P.O. Box 270815
Vadnais Heights, MN  55127
Telephone: (612) 203-8555
kevin@riachdefense.com

Adam W. Hansen (#0391704)
Colin Reeves (*pro hac vice*)
**APOLLO LAW LLC**
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401

Telephone: 612.927.2969
adam@apollo-law.com

Teresa Nelson (#269736)
**AMERICAN CIVIL LIBERTIES UNION
OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Telephone: 651.529.1692
tnelson@aclu-mn.org

***Attorneys for All Plaintiffs***