# Exhibit 1
# Paragraph 24 Photographs





