## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jared Goyette, Craig Lassig, Katie Nelson, Tannen Mauy, Stephen Maturen, and The Communications Workers of America, *on behalf of themselves and other similarly situated individuals*,

        Plaintiffs,

v.

City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-10, *in their individual and official capacities*,

        Defendants.

Court File No.:
0:20-cv-01302 (WMW/DTS)

**AMENDED DECLARATION OF TIMOTHY EVANS**

I, Timothy Evans, declare under penalty of perjury, as follows:

1. I am a freelance photojournalist who works for local, national, and international news publications including EPA (the European Press Agency), NurPhoto (which is distributes photos to AP and other news organizations), and Minnesota Public Radio.

2. On Friday, April 16, 2021 I was covering the Daunte Wright protests in Brooklyn Center. I began taking photographs around 7:00 outside the police precinct

building. I was wearing a press credential attached to a lanyard around my neck and had a large PRESS sticker attached to my backpack. I was carrying two cameras – one slung on my arm and another hanging from my neck.

3. Around 9:45, law enforcement announced an unlawful assembly and ordered protesters to disband. Shortly thereafter, around 10:05, law enforcement rushed the crowd. During their rush, I moved backward to try and get away from the scrum while still taking pictures. Law enforcement officers were indiscriminately tackling people and pepper spraying everyone in sight.

4. As I was moving back, I looked over to my left and saw an officer approaching rapidly. My cameras were visible and I was clearly taking photos. I was yelling "PRESS, PRESS!" this whole time. The officer bear sprayed me from roughly 5-7 feet away, and I went to my knees. I was able to take a couple more photos, then another officer ordered me to the ground before tackling me.

5. The officer was sitting on my stomach and had me pinned to the ground. I told him "I'm press! I'm press!" He said, "I don't care." He told me to shut the fuck up, and struck me in the face, directly in my goggles, then forced me to my stomach. I showed him the credential I have attached to the lanyard and again said, "I'm press." He ripped the lanyard off my neck, and threw it in the dirt. He then said, "too bad, you should have left when you had the chance." I told him press are exempt from the curfew, to which he said, "you're a liar. Shut the fuck up."

6. I started looking around in an attempt to make eye contact with and get the attention of other law enforcement officers who might be able to come help me.

Eventually another officer approached. I said, "I'm press!" He said what sounded like, "shut up," then hit me in the back of my helmet and smashed the left side of my face into the dirt. Then the officers zip tied me.

7. One of the officers picked up my credential and began to walk away with it. I begged for him to give it back, which he finally did. Then he and the other officer sat me, ziptied and covered in chemical irritants, on the curb.

8. Eventually a female officer came up to do wellness-checks on those who had been detained. She asked if I was ok and I told her I was with the press. She walked off to talk with her lieutenant, who must have told her I could be released because she came back and removed the zip ties. She then said, "I can escort you out, but you have to leave." It was clear that I would only be released if I agreed to stop covering police and protester actions that night. Not wanting to be detained longer, I agreed and the female officer then walked me outside the law enforcement perimeter that had been established. As she escorted me, I explained to her how I had been assaulted. She commiserated with me but did not offer to file a complaint or put me in touch with a superior officer to report the abuses.

9. I left the protests and went home. I would have stayed and continued the protests had I not been assaulted, arrested, and forced to leave the area.

10. During the evening, I witnessed other photojournalists I know being pepper sprayed and detained while state troopers photographed their personal id's and press credentials before letting them go.

3

11.    On April 16, 2021, I executed my initial declaration in this matter. At the time, I believed it had been Minnesota State Patrol troopers who had assaulted me. Since then, I have viewed photographs of the incident and spoken with other journalists about it, and it now appears at least possible, if not likely, that the first officer that assaulted me was from the Hennepin County Sheriff's Office. I am unsure of the agency of the other officers. Because I am now unsure what agency the law enforcement officers were from, I have amended my declaration accordingly. I have also added details about a conversation that I had with the female officer who escorted me to the police perimeter. The conversation was initially and accidentally omitted, but I feel it is significant for two reasons: I was released on the condition that I cease reporting, and the female officer did not offer to report my abuses once she had learned about them.

*I declare under penalty of perjury that everything I have stated in this document is true and correct.*

Dated: May 3, 2021

_____

Timothy Evans