UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals*,<br><br>       Plaintiffs,<br>   v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-4, *in their individual and official capacities*,<br><br>       Defendants. | Court File No. 20-cv-01302 (WMW/DTS) |

## **MEET AND CONFER STATEMENT**

I, Adam Hansen, representing Plaintiffs, hereby certify that the Parties met and conferred via phone calls on April 28, 2021 and May 5, 2021, and by email on April 20, 23, 27, and May 4, 2021, regarding the following issues: (1) extending the temporary restraining order against Defendants Minnesota Department of Public Safety Commissioner John Harrington, in his individual and official capacity, and Minnesota State Patrol Colonel Matthew Langer, in his individual and official capacity and their

agents, servants, employees, representatives as described issued by the Court on April 16, 2021 (the "TRO"); and (2) entering into a briefing scheduling in connection with this matter. The Parties have not been able to reach an agreement regarding extending the TRO. Defendants have declined to enter into Plaintiffs' proposed briefing schedule.

| | |
|---|---|
| Dated: May 5, 2021 | /s/ Adam W. Hansen |
| | Adam W. Hansen (#0391704) |
| | Colin Reeves (*pro hac vice*) |
| | **APOLLO LAW LLC** |
| | 333 Washington Avenue North, Suite 300 |
| | Minneapolis, MN 55401 |
| | Telephone: 612.927.2969 |
| | adam@apollo-law.com |
| | |
| | Kevin C. Riach (#0389277) |
| | **THE LAW OFFICE OF KEVIN C. RIACH, PLLC** |
| | P.O. Box 270815 |
| | Vadnais Heights, MN  55127 |
| | Telephone: (612) 203-8555 |
| | kevin@riachdefense.com |
| | |
| | Teresa Nelson (#269736) |
| | **AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA** |
| | P.O. Box 14720 |
| | Minneapolis, MN 55414 |
| | Telephone: 651.529.1692 |
| | tnelson@aclu-mn.org |
| | |
| | *Attorneys for All Plaintiffs* |
| | |
| | Dulce J. Foster (#0285419) |
| | Karen Schanfield (#0096350) |
| | Pari I. McGarraugh (#0395524) |
| | Emily McAdam (#0400898) |
| | **FREDRIKSON & BYRON, P.A.** |
| | 200 South Sixth Street |
| | Suite 4000 |

        Minneapolis, MN 55402-1425
        (612) 492-7000
        dfoster@fredlaw.com
        kschanfield@fredlaw.com
        pmcgarraugh@fredlaw.com
        emcadam@fredlaw.com

*Attorneys for Plaintiffs Jared Goyette, Craig Lassig, Katie Nelson, and Tannen Maury*