UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette et al., | Case No. 20-cv-1302 (WMW/DTS) |
| Plaintiffs, | |
| v. | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| City of Minneapolis et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' motion for a preliminary injunction, (Dkt. 118), and motion to extend the Court's April 16, 2021 temporary restraining order (TRO) by 7 additional days, (Dkt. 131). The Court previously extended the TRO by 7 days, and it currently will expire on May 7, 2021.

A court may extend a TRO beyond the 14-day statutory limit either for good cause or "if the adverse party consents to a longer extension." Fed. R. Civ. P. 65(b)(2). Defendants Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer have not consented to an extension of the TRO. However, Plaintiffs contend that good cause exists to extend the TRO for three reasons: to permit the parties to complete outstanding discovery, to permit the parties to present arguments as to the pending motion for a preliminary injunction, and to permit the Court to conduct a hearing on the motion for a preliminary injunction. The Court finds that these reasons demonstrate good cause to extend the TRO.

## ORDER

Based on the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court's April 16, 2021 temporary restraining order shall remain in effect until midnight on Friday, May 14, 2021, unless otherwise extended by stipulation of the parties or by further order of the Court.

2. Defendants collectively shall file a single memorandum of law in response to Plaintiffs' motion for a preliminary injunction no later than **Monday, May 10, 2021, at 12:00 p.m.**

3. No reply brief shall be permitted.

4. Defendants' response memorandum of law shall not exceed the word limits imposed by Local Rule 7.1(f).

5. The Court will hear argument on the motion for a preliminary injunction on **Wednesday, May 12, 2021, at 9:00 a.m.** via telephonic conference.

Dated:  May 6, 2021                                   s/Wilhelmina M. Wright
                                                      Wilhelmina M. Wright
                                                      United States District Judge