UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, and The Communications Workers of America, On behalf of themselves and other similarly situated individuals,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo in his individual and official capacity; Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity; Minnesota Department of Public Safety Commissioner John Harrington, in his individual and official capacity, Minnesota State Patrol Colonel Matthew Langer, in his individual and official capacity; and John Does 1-2, in their individual and official capacities.<br><br>　　　　　　　Defendants. | Ct. File No. 20-cv-01302<br>(WMW/DTS)<br><br>**DECLARATION OF HEATHER ROBERTSON IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

　　　　Your Declarant is Heather P. Robertson, and she submits the following declaration on behalf of the Defendant City of Minneapolis:

　　　　1.　　I am an Assistant City Attorney with the Minneapolis City Attorney's Office. I am one of the attorneys assigned to represent the Defendants City of

1

2

Minneapolis and Chief Medaria Arradondo.  I submit this declaration in opposition to Plaintiffs' Motion for a Preliminary Injunction.

2. Attached as Exhibit A are the special orders by Chief of Police Medaria Arradondo amending the Minneapolis Police Department Policies relating to civil disturbances and chemical agents, less-lethal munitions, duty to intervene, and MPD Professional Code of Conduct.

I declare under penalty of perjury that everything I have stated in this document is true and correct.  Signed in Ramsey County, Minnesota.

Dated: May 26, 2021                                 /s *Heather P. Robertson*  
                                                              Heather P. Robertson