**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, and The Communications Workers of America, *on behalf of themselves and other similarly situated individuals*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-10, *in their individual and official capacities*,<br><br>　　　　　Defendants. | Court File No.:<br>0:20-cv-01302 (WMW/DTS) |

**WORD COUNT COMPLIANCE CERTIFICATE**

I certify that Plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction conforms to the requirements of LR 7.1(f) for a brief produced with a proportional font. The length of this memorandum of law is 4,555 words, bringing Plaintiffs' total word count to 12,989. This brief was prepared using Microsoft Word for Office 365 and the word processing program has been applied specifically to include all

text, including headings, footnotes, and quotations for word count purposes.  Pursuant to the Court's order granting Plaintiffs' request to exceed LR 7.1(f)(1)'s word limit, Plaintiffs were allowed up to 14,500 words total.  (*See* ECF No. 156)

Dated: June 2, 2021

/s/ Dulce Foster
Dulce J. Foster (#0285419)
Karen Schanfield (#0096350)
Pari I. McGarraugh (#0395524)
Emily McAdam (#0400898)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000
dfoster@fredlaw.com
kschanfield@fredlaw.com
pmcgarraugh@fredlaw.com
emcadam@fredlaw.com

***Attorneys for Plaintiffs Jared Goyette, Craig Lassig, Katie Nelson, Stephen Maturen, and Tannen Maury***

Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
P.O. Box 270815
Vadnais Heights, MN  55127
Telephone: (612) 203-8555
kevin@riachdefense.com

Adam W. Hansen (#0391704)
Colin Reeves (*pro hac vice*)
**APOLLO LAW LLC**
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: 612.927.2969
adam@apollo-law.com

Teresa Nelson (#269736)
Isabella S. Nascimento (#0401408)

2

**AMERICAN CIVIL LIBERTIES UNION
OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Telephone: 651.529.1692
tnelson@aclu-mn.org
inascimento@aclu-mn.org

*Attorneys for All Plaintiffs*