UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| Jared Goyette, et al., | Court File No. 20-CV-01302 (WMW/DTS) |
|---|---|
| Plaintiffs, | |
| vs. | **STATE DEFENDANTS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING** |
| City of Minneapolis, et al. | |
| Defendants. | |

| BATES | CONFIDENTIALITY DESIGNATION | DESCRIPTION OF EXHIBIT |
|---|---|---|
| Docket #147-1 | | General Order No. 20-10-000. Mission Statement, Vision Statement, Core Values, and Oath of a Minnesota State Trooper. |
| Docket #147-2 | | General Order No. 21-10-013. First Amendment Assemblies, Strikes and Industrial/Labor Disputes; Signs and Banners on Highways. |
| STATEDEF0000249 - STATEDEF0000250 | | Field Report, April 15, 2021 |
| STATEDEF0000251 | | Field Report, April 26, 2021 |
| STATEDEF0000252 - STATEDEF0000253 | | Field Report, April 26, 2021 |
| STATEDEF0000254 | | Native live social media video |
| STATEDEF0000749 -753 | | Field Report, May 28, 2020 |
| Docket #144-1 | | Hennepin County Sheriff April 14, 2021, letter to Mike Elliott |
| Docket 144-1 | | April 15, 2021 letter from Mike Elliott to Stephanie Revering of West Command Mobile Field Force. |
| STATEDEF0000938 -944 | | General Order 21-10-027. Use of Force. |
| STATEDEF000946-956 | | General Order 11-10-006. Citizen Complaints and Internal Investigations. |
| STATEDEF0000762 -767 | | General Order 02-10-029. Conduct – Sworn Members. |
| STATEDEF0000743 | | General Order 10-10-053. Media – Requests and Information. |
| STATEDEF0000745 | | Administrative Policy No. 1001, Media |
| STATEDEF0000768 -772 | | Administrative Policy No. 1003, Conduct Unbecoming a Peace Officer |

| | | |
|---|---|---|
| STATEDEF0000957-1066 | | MLEA Contract |
| STATEDEF0000898-937 | | Unified Command Technical Assistance Document |
| STATEDEF0000773-781 | | ICS 300 – Lesson 4: Unified Command |
| STATEDEF0000788-798 | | Media Relations Training 2021 Powerpoint presentation. |
| STATEDEF0001067-1080 | | MRT Debris Report |
| STATEDEF0000782 | | Minnesota State Patrol April 2021 video |
| STATEDEF0000783 | | Minnesota State Patrol April 2021 video |
| Docket #127 | | Declaration of Chris Tuite, April 17, 2020 |
| Docket #127 | | Exhibit A to the Declaration of Chris Tuite |
| Docket #159 Docket #172 | | Second Declaration of Chris Tuite, May 30, 2021 |
| Docket #123 | | Declaration of Edward Ou. April 20, 2021 |
| Docket #125 | | Brooklyn Center Ebone Apartment Protest video by Edward Ou. |
| Plaintiffs000282_0001 | | Photo from 4/16/2021 post on Chris Tuite's Twitter account |
| STATEDEF0000945 | | April 12, 2021 video, Liz Sawyer, Star Tribune, of Brooklyn Center Dollar Store. https://twitter.com/ByLizSawyer/status/1381799190406238210 |
| | | 4/11/2021 Pioneer Press photo. https://www.twincities.com/wp-content/uploads/2021/04/MINN-POLICE-SHOOTING-12.jpg?w=863 |
| | | Washington Post photo. https://img.washingtonpost.com/wp-apps/imrs.php?src=https://arc-anglerfish-washpost-prod-washpost.s3.amazonaws.com/public/5SSM5KE3RQI6XMXVPUXQDATVBU.jpg&w=1800 |
| | | CNN photo. https://dynaimage.cdn.cnn.com/cnn/w_1600/https%3A%2F%2Fcdn.cnn.com%2Fcnnnext%2Fdam%2Fassets%2F210414004747-04-brooklyn-center-protests-0413.jpg |
| | | Reuters Media photo. https://s1.reutersmedia.net/resources/r/?m=02&d=20210414&t=2&i=1558424053&w=780&fh=&fw=&ll=&pl=&sq=&r=2021-04-14T122514Z_39741_MRPRC2PUM950KTI_RTRMADP_0_USA-MINNESOTA-SHOOTING |
| | | CBS photo. https://minnesota.cbslocal.com/wp-content/uploads/sites/15909630/2021/04/Daunte-Wright-BCPD-Protest-Night-2.jpg?w=1500 |
| | | ABC photo. https://s.abcnews.com/images/US/brooklyn-center-210_hpMain_20210417-064709_16x9_992.jpg |

2

|  |  |  |
|--|--|--|
|  |  | Newsnation photo. https://www.newsnationnow.com/wp-content/uploads/sites/108/2021/04/AP21105174003123.jpg?w=900 |
|  |  | New York Times photo. https://static01.nyt.com/images/2021/04/18/business/18journo-assault1/merlin_186516258_1fd4a386-7374-41c5-a35b-cb77706d3855-superJumbo.jpg?quality=90&auto=webp |
|  |  | US News photo. https://www.usnews.com/dims4/USNEWS/5301a6f/2147483647/thumbnail/970x647/quality/85/?url=http%3A%2F%2Fmedia.beam.usnews.com%2Fcd%2F4c%2Ffe140a3c4e10be12473ebd775319%2F210412-minnesota-editorial.jpg |
|  |  | "One Week in Minneapolis," available at https://www.startribune.com/george-floyd-death-ignited-protests-far-beyond-minneapolis-police-minnesota/569930771/  last accessed June 16, 2021) |
|  |  | "Owners of burned, looted businesses plead for state help," available at https://www.mprnews.org/story/2021/02/16/owners-of-burned-looted-businesses-plead-for-state-help, last accessed on June 16, 2021.) |
|  |  | Photo from Chris Tuite's Instagram account |
|  |  | All documents listed as Exhibits by Plaintiffs |
|  |  | Captain Joe Dwyer May 2020 photos |
|  |  | Captain Joe Dwyer May 2020 videos. |
|  |  | MSP Intrepid Photos, Brooklyn Center, April 2021 |

State Defendants reserve the right to use any exhibits disclosed by Plaintiffs.  State Defendants also anticipate the use of demonstratives, including photographs and maps, which will be disclosed 24 hours before the hearing consistent with Judge Wright's Practice Pointers.  Finally, this Exhibit List does not include all documents that may be used for impeachment purposes only.

Dated:  July 19, 2021

KEITH ELLISON
Attorney General
State of Minnesota


s/ **Kathryn Iverson Landrum**
KATHRYN IVERSON LANDRUM (#0389424)
JOSEPH WEINER (#0389181)
ALEXANDER W. HSU (#0399275)
Assistant Attorneys General

3

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1189 (Voice)
(651) 282-5832 (Fax)
kathryn.landrum@ag.state.mn.us
joseph.weiner@ag.state.mn.us
alexander.hsu@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS MINNESOTA DEPARTMENT OF PUBLIC SAFETY COMMISSIONER JOHN HARRINGTON AND MINNESOTA STATE PATROL COLONEL MATTHEW LANGER, *IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES*

|#5000998-v1