UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jared Goyette, et al.,

    Plaintiff,

  vs.

City of Minneapolis, et al.

    Defendants.

Court File No.  20-CV-01302
(WMW/DTS)

**STATE DEFENDANTS'
WITNESS LIST FOR
PRELIMINARY INJUNCTION
HEARING**

| Name | Title |
|---|---|
| Joseph Dwyer | Captain, Minnesota State Patrol |
| John Harrington | Commissioner, Minnesota Department of Public Safety |

Dated:  July 19, 2021

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Kathryn Iverson Landrum**
KATHRYN IVERSON LANDRUM (#0389424)
JOSEPH WEINER (#0389181)
ALEXANDER W. HSU (#0399275)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1189 (Voice)
(651) 282-5832 (Fax)
kathryn.landrum@ag.state.mn.us
joseph.weiner@ag.state.mn.us
alexander.hsu@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS MINNESOTA
DEPARTMENT OF PUBLIC SAFETY
COMMISSIONER JOHN HARRINGTON AND
MINNESOTA STATE PATROL COLONEL
MATTHEW LANGER, *IN THEIR OFFICIAL AND
INDIVIDUAL CAPACITIES*

|#5000987-v1