UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals*, | Court File No. 20-cv-01302 (WMW/DTS) |
| Plaintiffs, | |
| v. | |
| City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; and John Does 1-4, *in their individual and official capacities*, | |
| Defendants. | |

## PLAINTIFFS' WITNESS LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wilhelmina M. Wright | | |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| July 28, 2021 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Ed Ou (via Zoom)<br><br>(Contact through Counsel)<br>Dulce Foster, Esq., Fredrikson & Byron, PA<br>200 S. Sixth Street, Suite 4000<br>Minneapolis, MN  55402<br>(612) 492-7000 |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |

| | | | | | Chris Tuite |
|---|---|---|---|---|---|
| | | | | | (707) 616-5559 |

Dated: July 19, 2021

*/s/ Kevin C. Riach*

Dulce J. Foster (#0285419)
Karen G. Schanfield (#0096350)
Pari I. McGarraugh (#0395524)
Emily M. McAdam (#0400898)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000
dfoster@fredlaw.com
kschanfield@fredlaw.com
pmcgarraugh@fredlaw.com
emcadam@fredlaw.com
***Attorneys for Plaintiffs Goyette, Lassig,
Maury, Maturen and Nelson***

Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C.
RIACH, PLLC**
P.O. Box 270815
Vadnais Heights, MN  55127
Telephone: (612) 203-8555
kevin@riachdefense.com

Adam W. Hansen (#0391704)
Colin Reeves (*pro hac vice*)
**APOLLO LAW LLC**
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: 612.927.2969
adam@apollo-law.com

Teresa Nelson (#0269736)
Isabella S. Nascimento (#0401408)
**AMERICAN CIVIL LIBERTIES UNION
OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Telephone: 651.529.1692
tnelson@aclu-mn.org

2

inascimento@aclu-mn.org

***Attorneys for All Plaintiffs***