# THE LAW OFFICE OF KEVIN C. RIACH
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

July 29, 2021

**Via CM/ECF**

The Honorable Wilhemina M. Wright
United States District Court
316 N. Robert Street, Courtroom 7A
St. Paul, Minnesota 55101

Re: **Jared Goyette v. City of Minneapolis, et al.,**
United States District Court File No. 20-cv-1302 (WMW/DTS)

Dear Judge Wright:

Counsel for Plaintiffs and State Defendants have conferred and jointly propose the following post-hearing briefing schedule on Plaintiffs' Motion for Preliminary Injunction (Doc. No. 118):

- Plaintiffs shall file a memorandum by September 3, 2021;

- State Defendants shall file a response memorandum by September 22, 2021; and

- Plaintiffs shall file a reply memorandum by September 29, 2021.

The parties further propose that the post-hearing memoranda be required to comply with the word count limitations in Local Rule 7.1(f).

Very truly yours,

/s/ Kevin C. Riach

Cc: Counsel of record, via CM/ECF