UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jared Goyette et al., | Case No. 20-cv-1302 (WMW/DTS) |
| Plaintiffs, | |
| v. | **SUPPLEMENTAL BRIEFING SCHEDULE** |
| City of Minneapolis et al., | |
| Defendants. | |

---

On July 29, 2021, the parties submitted a proposed supplemental briefing schedule, (Dkt. 188), as to Plaintiffs' motion for a preliminary injunction, (Dkt. 118). The Court establishes the following supplemental briefing schedule:

1. Plaintiffs shall file a supplemental memorandum of law no later than **Friday, September 3, 2021**.

2. State Defendants shall file a supplemental response memorandum of law no later than **Wednesday, September 22, 2021**.

3. Plaintiffs shall file a supplemental reply memorandum of law no later than **Wednesday, September 29, 2021**.

4. The supplemental memoranda of law shall not exceed the word limits imposed by Local Rule 7.1(f).


Dated: July 30, 2021                         s/Wilhelmina M. Wright
                                             Wilhelmina M. Wright
                                             United States District Judge