UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals,*<br><br>　　　　　Plaintiffs,<br>　v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*;<br><br>　　　　　Defendants. | Court File No. 20-cv-01302 (WMW/DTS)<br><br><br><br>**DECLARATION OF KEVIN C. RIACH** |

I, Kevin C. Riach, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.　　I am an attorney for the Plaintiffs in the above-captioned matter, and I submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction

2.　　Attached as <u>Exhibit A</u> to this Declaration is a true and correct copy of the transcript of proceedings held in this matter on July 28, 2021. The transcript has been

redacted pursuant to the redaction request made by State Defendants (and stipulated to by Plaintiffs) in this matter, filed as ECF No. 212.

3. Attached as <u>Exhibit B</u> to this Declaration is a true and correct copy of a September 2, 2021 letter from Leita Walker, attorney for CNN Reporter Carolyn Sung, to Assistant Hennepin County Attorney James Keeler.

4. Attached as <u>Exhibit C</u> to this Declaration is a true and correct copy of a Statement of Probable Cause regarding Carol Sung provided Plaintiffs by the Hennepin County Sheriff's Office in response to Plaintiffs' subpoena.

5. Attached as <u>Exhibit D</u> to this Declaration is a true and correct copy of State Defendants' Responses to Plaintiffs' Interrogatories (Set 1).


Dated: September 3, 2021                                              /s/  Kevin C. Riach