000003

Rule 4.03 Application

**Statement of
Probable Cause to Detain**

| | | | Hennepin County
Adult Detention Center
**INTAKE - BOOKING** |
|---|---|---|---|

**ARRESTEE INFORMATION**

| Last Name | First Name | Middle Name | D.O.B. |
|---|---|---|---|
| sung | carolyn | kyong | 08/27/1985 |

| Arrest Date | Arrest Time | Offense | Statute |
|---|---|---|---|
| 04/13/2021 | 23:00 | RIOT | 609.71 |
| 04/13/2021 | 23:00 | RIOT | 609.71 |

Agency **MSP**       CCN **21503295**

**STATEMENT OF PROBABLE CAUSE TO DETAIN**

Pedestrian identified via MN DL as carolyn sung DOB 08/27/1985 . sung defied several dispersal orders (four) in the City of Brooklyn Center and was part of an antagonistic crowd outside the Brooklyn Center Police Dept. sung was actively defiant, refused to leave the area, participated in vandalizing and rioting activity and ultimately had to be restrained by several officers.

The complainant upon oath, swears that the above facts are true and correct to the best of his/her knowledge and belief and constitute probable cause to believe the above-named arrestee committed the offense(s) described.

Complainant's signature

**ANDREW DERUNGS**    P.O.S.T. license number **15593**    Expires on: **06/30/2023**

Subscribed and sworn before me this _____ day of _____, 20 ___

Notary's signature

**Wade Erickson**    P.O.S.T. license number **13136**    Expires on: **06/30/2022**

Prior application [ ] Yes [ ] No
Being duly authorized to prosecute, approves this application:

Signature of Reviewing Prosecutor       [ ] Effort to reach prosecutor unsuccessful

HC 6295

Arrestee: sung , carolyn kyong  (08/27/1985)       Arrest Date: 04/13/2021 23:00

**EXHIBIT C**