UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, and The Communications Workers of America, *on behalf of themselves and other similarly situated individuals*,<br><br>   Plaintiffs,<br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*, Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*, Minnesota Department of Public Safety Commissioner John Harrington*, in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*, and John Does 1-2, *in their individual and official capacities*,<br><br>   Defendants. | Court File No. 0:20-cv-1302<br>(WMW/DTS)<br><br><br><br>**STIPULATION TO FILE THIRD AMENDED COMPLAINT AND EXTEND TIME FOR DEFENDANTS TO RESPOND TO THIRD AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15, the parties hereby stipulate as follows:

1. Plaintiffs Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, and the Communications Workers of America ("Plaintiffs") may file their Third Amended Complaint.

2. Defendants' deadline to answer or otherwise respond to the Second Amended Complaint is November 5, 2021.

Accordingly, the parties respectfully request that the Court enter an order adopting this stipulation.

| | |
|---|---|
| Dated: September 28, 2021 | */s/ Pari I. McGarraugh* |

Dulce J. Foster (#0285419)
Karen G. Schanfield (#0096350)
Pari I. McGarraugh (#0395524)
Emily McAdam (#0400898)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000
dfoster@fredlaw.com
kschanfield@fredlaw.com
pmcgarraugh@fredlaw.com

*Attorneys for Plaintiffs Goyette, Lassig, Maury, Maturen and Nelson*

Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
P.O. Box 270815
Vadnais Heights, MN 55127
Telephone: (612) 203-8555
kevin@riachdefense.com

Adam W. Hansen (#0391704)
**APOLLO LAW LLC**
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: 612.927.2969
adam@apollo-law.com

Teresa Nelson (#0269736)
Isabella S. Nascimento (#0401408)
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Telephone: 651.529.1692
tnelson@aclu-mn.org
inascimento@aclu-mn.org

*Attorneys for All Plaintiffs*

2

|  |  |
|---|---|
|  | **KEITH ELLISON**<br>Attorney General<br>State of Minnesota |
| Dated:  September 28, 2021 | */s/ Joseph Weiner*<br>Kathryn Iverson Landrum (#0389424)<br>Joseph Weiner (#0389181)<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>(651) 757- 1189<br>kathryn.landrum@ag.state.mn.us<br>joseph.weiner@ag.state.mn.us<br><br>***Attorneys for Defendants Minnesota Department of Public Safety Commissioner John Harrington and Minnesota State Patrol Colonel Matthew Langer*** |
|  | **JAMES R. ROWADER, JR.**<br>Minneapolis City Attorney |
| Dated:  September 28, 2021 | By */s Heather Robertson*<br>HEATHER ROBERTSON (0390470)<br>KRISTIN R. SARFF (0388003)<br>SHARDA ENSLIN (0389370)<br>Assistant City Attorneys<br>Minneapolis City Attorney's Office<br>350 South Fifth Street, Room 210<br>Minneapolis, MN 55415<br>(612) 673-3949<br>heather.robertson@minneapolismn.gov<br>kristin.sarff@minneapolismn.gov<br>sharda.enslin@minneapolismn.gov<br><br>***Attorneys for Defendants City of Minneapolis and Minneapolis Police Chief Medaria Arradondo*** |

Dated:  September 28, 2021			*/s/ Joseph A. Kelly*
						Joseph A. Kelly (#0389356)
						Kevin M. Beck (#0389072)
						**KELLY & LEMMONS, P.A.**
						2350 Wycliff Street, Suite 200
						St. Paul, MN 55114
						(651) 224-3781
						jkelly@kellyandlemmons.com
						kbeck@kellyandlemmons.com

						***Attorneys for Defendant Minneapolis Police Lieutenant Robert Kroll***

4