**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jared Goyette, et al., | Case No. 20-cv-1302 (WMW/DTS) |
| Plaintiffs, | |
| v. | **ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| City of Minneapolis, et al., | |
| Defendants. | |

---

Pursuant to the stipulation of the parties (Dkt. No. 224), **IT IS HEREBY ORDERED:**

The time for the Defendants to respond to Plaintiffs' Third Amended Complaint is November 5, 2021.

Dated: September 29, 2021

                                                                ___s/David T. Schultz_____
                                                                DAVID T. SCHULTZ
                                                                U.S. Magistrate Judge