UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Michael Shum, Katie Nelson, Tannen Maury, Stephen Maturen, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals*, | Court File No. 20-CV-01302 (WMW/DTS) |
| Plaintiff, | **STATE DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN APPEAL** |
| vs. | |
| City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo i*n his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; Minnesota State Patrol Major Joseph Dwyer, *in his individual capacity*; Hennepin County Sheriff David Hutchinson, *in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*, | |
| Defendants. | |

WHEREAS, on April 16, 2021, the Court entered a Temporary Restraining Order requested by Plaintiffs enjoining certain actions by Defendants John Harrington, Matthew Langer, and Joseph Dwyer ("State Defendants"); and

WHEREAS, Plaintiffs subsequently moved for a Preliminary injunction memorializing the terms of the TRO against State Defendants; and

WHEREAS, the Court granted Plaintiffs' Motion for a Preliminary Injunction on October 28, 2021 and entered judgment on October 29, 2021; and

WHEREAS, any appeal of that judgment must be filed by November 29, 2021; and

WHEREAS, Plaintiffs and State Defendants have agreed to participate in a settlement conference with the Court on December 10, 2021;

NOW, THEREFORE, State Defendants request the following relief that is unopposed by Plaintiffs:

Defendants Commissioner John Harrington, Colonel Matthew Langer and Major Joseph Dwyer ("State Defendants") respectfully move the Court for an Order pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A) granting State Defendants' an additional 30 days in which to file an appeal to the Eighth Circuit Court of Appeals, making the State Defendants' appeal due December 29, 2021.

This motion is made based upon the files, records, and proceedings herein, including the memorandum of law filed herewith.

*Signature on Following Page*

Dated: November 24, 2021

KEITH ELLISON
Attorney General
State of Minnesota

s/ Joseph Weiner
KATHRYN IVERSON LANDRUM (#0389424)
JOSEPH WEINER (#0389181)
ALEXANDER W. HSU (#0399275)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1189 (Voice)
(651) 282-5832 (Fax)
kathryn.landrum@ag.state.mn.us
joseph.weiner@ag.state.mn.us
alexander.hsu@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS MINNESOTA DEPARTMENT OF PUBLIC SAFETY COMMISSIONER JOHN HARRINGTON, MINNESOTA STATE PATROL COLONEL MATTHEW LANGER, AND MINNESOTA STATE PATROL MAJOR JOSEPH DWYER, *IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES*

|#5111074-v1