UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals,*<br><br>          Plaintiffs,<br>   v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; Minnesota State Patrol Major Joseph Dwyer, *in his individual capacity*; Hennepin County Sheriff David Hutchinson*, in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*;<br><br>          Defendants. | Court File No. 20-cv-01302 (WMW/DTS)<br><br>**AMENDED NOTICE OF HEARING ON PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER** |

TO: The Administrator of the Above-Named Court and All Counsel of Record.

PLEASE TAKE NOTICE that Plaintiffs' Motion to Amend the Scheduling Order will be heard on Tuesday, January 4, 2022 at 1:00 p.m. before the Honorable David T. Schultz, United States Magistrate Judge, at the Diana E. Murphy United States Courthouse, 300 South Fourth Street, Courtroom 9E, Minneapolis, MN 55415.

Dated: December 2, 2021      */s/* Kevin C. Riach
Dulce J. Foster (#0285419)
Karen G. Schanfield (#0096350)
Pari I. McGarraugh (#0395524)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000
dfoster@fredlaw.com
kschanfield@fredlaw.com
pmcgarraugh@fredlaw.com
*Attorneys for Plaintiffs Ou, Tuite, Evans, Goyette, Lassig, Maury, Maturen and Nelson*

Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
P.O. Box 270815
Vadnais Heights, MN 55127
Telephone: (612) 203-8555
kevin@riachdefense.com

Adam W. Hansen (#0391704)
Colin Reeves (*pro hac vice*)
**APOLLO LAW LLC**
333 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Telephone: 612.927.2969
adam@apollo-law.com

Teresa Nelson (#0269736)
Isabella S. Nascimento (#0401408)
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Telephone: 651.529.1692
tnelson@aclu-mn.org
inascimento@aclu-mn.org

*Attorneys for All Plaintiffs*

2