# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SETTLEMENT CONFERENCE MINUTES

| | |
|---|---|
| Jared Goyette, et al., | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiffs, | United States Magistrate Judge |
| v. | Case No.   20-cv-1302 (SRN/DTS) |
| | Date:   12/10/21 – 12/14/21 |
| John Harrington, Matthew Langer, | Location:   zoom |
| and Joseph Dwyer, | |
| Defendants. | Total Time:   18 hrs. |

APPEARANCES:

    For Plaintiffs:    Dulce Foster, Kevin Riach, Teresa Nelson, Isabella Nascimento

    For Defendants:    Joseph Weiner

PROCEEDINGS:

   _X_   No settlement reached.

   ___   Binding settlement reached. Terms stated on the record. Any transcript or copy of the audio file of the terms of settlement is CONFIDENTIAL and shall be SEALED, with access being allowed only to the parties and their counsel. (Audio: T:/zoom)

Date:  December 14, 2021                    s/Terianne
                                                              Courtroom Deputy