# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Jared Goyette, et al., | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiffs, | United States Magistrate Judge |
| | |
| v. | Case No.   20-cv-1302 (WMW/DTS) |
| | Date:   December 27, 2021 |
| John Harrington, | |
| Matthew Langer, and | Time Commenced: 5:00 p.m. |
| Joseph Dwyer, | Time Concluded:   5:18 p.m. |
| | Total Time:   18 minutes |
| Defendants. | |

APPEARANCES:

    Plaintiff:   Kevin Riach

    Defendant:   Joseph Weiner (State defendants)

PROCEEDINGS:   Informal settlement conference.


Dated: December 27, 2021            _s/Terianne_____
                                                           Courtroom Deputy