# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 04, 2022

Mr. Joseph David Weiner
ATTORNEY GENERAL'S OFFICE
Suite 1100
445 Minnesota Street
Saint Paul, MN  55101

      RE:  22-1017  Jared Goyette, et al v. John Harrington, et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

      Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office.

      Michael E. Gans  
      Clerk of Court

ASL

Enclosure(s)

cc:   Ms. Kate M. Fogarty  
      Ms. Dulce Jo Foster  
      Mr. Adam W. Hansen  
      Mr. Jacob Patsch Harris  
      Mr. Alexander Hsu  
      Ms. Kathryn Iverson Landrum  
      Ms. Emily Muirhead McAdam  
      Ms. Pari Irene McGarraugh  
      Mr. Bryan J. Morben  
      Ms. Isabella Salomao Nascimento  
      Ms. Teresa Nelson  
      Mr. Colin R. Reeves  
      Mr. Kevin C Riach  
      Ms. Karen Gotsdiner Schanfield  
      Ms. Lori Ann Simpson

      District Court/Agency Case Number(s):   0:20-cv-01302-WMW

**Caption For Case Number:   22-1017**

Jared Goyette, On behalf of themselves and other similarly situated individuals; Craig Lassig, On behalf of themselves and other similarly situated individuals; Communications Workers of America, On behalf of themselves and other similarly situated individuals; Tannen Maury; Katie Nelson; Stephen Maturen

        Plaintiffs - Appellees

Michael Shum

        Plaintiff

Edward Ou; Timothy Evans; Chris Tuite

        Plaintiffs - Appellees

v.

City of Minneapolis; Medaria Arradondo, Minneapolis Chief of Police, in his individual and official capacity; Robert Kroll, Minneapolis Police Lieutenant, in his individual and official capacity

        Defendants

John Harrington, Minnesota Department of Public Safety Commissioner, in his individual and official capacity; Matthew Langer, Minnesota State Patrol Colonel, in his individual and official capacity

        Defendants - Appellants

John Does, 1-2, in their individual and official capacities; David Hutchinson, Hennepin County Sheriff, in his individual and official capacity

        Defendants

Joseph Dwyer, Minnesota State Patrol Major, in his individual capacity

        Defendant - Appellant

**Addresses For Case Participants:   22-1017**

Mr. Joseph David Weiner
ATTORNEY GENERAL'S OFFICE
Suite 1100
445 Minnesota Street
Saint Paul, MN  55101

Ms. Kate M. Fogarty
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Ms. Dulce Jo Foster
FREDRIKSON & BYRON
Suite 4000
200 S. Sixth Street
Minneapolis, MN  55402-1425

Mr. Adam W. Hansen
APOLLO LAW LLC
Suite 300
333 Washington Avenue, N.
Minneapolis, MN  55401

Mr. Jacob Patsch Harris
FREDRIKSON & BYRON
Suite 4000
200 S. Sixth Street
Minneapolis, MN  55402-1425

Mr. Alexander Hsu
ATTORNEY GENERAL'S OFFICE
Suite 1100
445 Minnesota Street
Saint Paul, MN  55101

Ms. Kathryn Iverson Landrum
ATTORNEY GENERAL'S OFFICE
Suite 1100
445 Minnesota Street
Saint Paul, MN  55101

Ms. Emily Muirhead McAdam
FREDRIKSON & BYRON
Suite 4000
200 S. Sixth Street
Minneapolis, MN  55402-1425

Ms. Pari Irene McGarraugh
FREDRIKSON & BYRON
Suite 4000
200 S. Sixth Street
Minneapolis, MN  55402-1425

Mr. Bryan J. Morben
FREDRIKSON & BYRON
Suite 4000
200 S. Sixth Street
Minneapolis, MN  55402-1425

Ms. Isabella Salomao Nascimento
AMERICAN CIVIL LIBERTIES UNION
P.O. Box 14720
Minneapolis, MN  55414

Ms. Teresa Nelson
AMERICAN CIVIL LIBERTIES UNION
P.O. Box 14720
Minneapolis, MN  55414

Mr. Colin R. Reeves
APOLLO LAW LLC
1314 Pacific Street
Brooklyn, NY  11216

Mr. Kevin C Riach
LAW OFFICE OF KEVIN C. RIACH
P.O. Box 270815
Vadnais Heights, MN  55127

Ms. Karen Gotsdiner Schanfield
FREDRIKSON & BYRON
Suite 4000
200 S. Sixth Street
Minneapolis, MN  55402-1425

Ms. Lori Ann Simpson
1005
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-1320