# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Jared Goyette, et al., | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiffs, | United States Magistrate Judge |
| | |
| v. | Case No. 21-cv-1302 (WMW/DTS) |
| | Date: January 3, 2022 |
| John Harrington, | |
| Matthew Langer, and | Time Commenced: 10:00 a.m. |
| Joseph Dwyer, | Time Concluded: 10:10 a.m. |
| | Total Time: 10 minutes |
| Defendants. | |

APPEARANCES:

    Plaintiff:    Kevin Riach

    Defendant:    Joseph Weiner (State defendants)

PROCEEDINGS:    Settlement conference held with attorneys.


Date: January 3, 2022                s/TJB
                                              Courtroom Deputy