**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TELEPHONE CONFERENCE MINUTES**

---

| | |
|---|---|
| Jared Goyette, et al., | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiffs, | United States Magistrate Judge |
| | |
| v. | Case No.   20-cv-1302 (WMW/DTS) |
| | Date:   January 6, 2021 |
| John Harrington, | |
| Matthew Langer, and | Time Commenced: 3:35 p.m. |
| Joseph Dwyer, | Time Concluded:   3:50 p.m. |
| | Total Time:   25 minutes |
| Defendants. | |

---

APPEARANCES:

    Plaintiff:   Kevin Riach

    Defendant:   Joseph Weiner (State defendants)

PROCEEDINGS:   Informal settlement conference.


Dated: January 6, 2022                    _s/TJB_____
                                          Courtroom Deputy