# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Jared Goyette, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: David T. Schultz<br>United States Magistrate Judge |
| v. | Case No.   21-cv-1302 (WMW/DTS)<br>Date:   January 21, 2022 |
| John Harrington,<br>Matthew Langer, and<br>Joseph Dwyer, | Time Commenced: 2:30 p.m.<br>Time Concluded:   2:35 p.m.<br>Total Time:   5 minutes |
| Defendants. | |

APPEARANCES:

    Plaintiff:    Kevin Riach

    Defendant:    Joseph Weiner (State defendants)

PROCEEDINGS:    Settlement status conference held with attorneys.


Date: January 21, 2022        s/TJB
                                          Courtroom Deputy