# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1017

Jared Goyette, On behalf of themselves and other similarly situated individuals, et al.

Appellees

Michael Shum

Edward Ou, et al.

Appellees

v.

City of Minneapolis, et al.

John Harrington, Minnesota Department of Public Safety Commissioner, in his individual and official capacity and Matthew Langer, Minnesota State Patrol Colonel, in his individual and official capacity

Appellants

John Does, 1-2, in their individual and official capacities and David Hutchinson, Hennepin County Sheriff, in his individual and official capacity

Joseph Dwyer, Minnesota State Patrol Major, in his individual capacity

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01302-WMW)

---

**ORDER**

Appellants' motion to hold this appeal in abeyance pending the District Court's resolution of a pending motion is granted. The appellants shall promptly notify the clerk of this court upon the entry of a dispositive order on the pending motion.

January 31, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

　　　　　/s/ Michael E. Gans