UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals*, <br><br>                Plaintiffs, <br><br>       v. <br><br> City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; Minnesota State Patrol Major Joseph Dwyer, *in his individual capacity*; Hennepin County Sheriff David Hutchinson, *in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*; <br><br>                Defendants. | Ct. No. 20-cv-01302 (WMW/DTS) <br><br><br><br> **STIPULATION TO AMEND PROTECTIVE ORDER** |

WHEREAS, on February 26, 2021, this Court entered a Protective Order in this action (Doc. 92);

WHEREAS, on September 28, 2021, Plaintiffs filed their Third Amended Complaint, which, for the first time in this action, named Hennepin County Sheriff David Hutchinson ("Sheriff Hutchinson") as a defendant;

WHEREAS, Sheriff Hutchinson answered the Third Amended Complaint;

WHEREAS, Plaintiffs have served discovery requests on Sheriff Hutchinson;

WHEREAS, in responding to these discovery requests and in defending himself in this action, Sheriff Hutchinson may need to disclose data that identifies individuals who are currently serving or have served in the past as undercover law enforcement officers under Minn. Stat. § 13.43, subd. 5 (hereinafter "Undercover Individuals");

WHEREAS, the parties wish to enable the pre-trial exchange of responsive, non-privileged information while at the same time protecting the identities of the Undercover Individuals;

WHEREAS, the parties agree to meet and confer regarding the continued protection of the Undercover Individuals' identifying information at trial;

WHEREAS, the parties do not waive the right to seek further amendment of the Protective Order in the future;

THEREFORE, the parties respectfully request that this Court amend the Protective Order (Doc. 92) to include the following language:

"Defendant Hennepin County Sheriff David Hutchinson ("Sheriff Hutchinson") shall redact data identifying Hennepin County Sheriff's

Office employees who (1) are currently serving as undercover law enforcement officers or (2) were assigned to undercover officer positions in the past and with respect to whom the Hennepin County Sheriff's Office has determined that revealing the identity of the individual would threaten the personal safety of the individual or jeopardize an active investigation ("Undercover Individuals"). For purposes of this Section, the following data concerning Undercover Individuals shall be deemed identifying: name, nickname, code name, badge number, and images of the Undercover Individual's face. For documents and still photographs, Sheriff Hutchinson will use text overlay over each redaction listing a corresponding pseudonym for the Undercover Individual (i.e., 'Undercover Deputy A' or 'UC A'). The same unique pseudonym shall be used for each Undercover Individual throughout the data produced by Sheriff Hutchinson. For video and audio footage, Sheriff Hutchinson will blur out or otherwise redact the faces of Undercover Individuals; audio of such individuals' names and nicknames will be similarly redacted prior to production. Sheriff Hutchinson will produce a log listing the pseudonyms of all Undercover Individuals redacted in each video or audio file. In addition, upon Plaintiffs' request, Sheriff Hutchinson will identify via pseudonym specific Undercover Individuals with respect to whom audio or video redactions were made in specific portions of audio or video footage identified by Plaintiffs. The parties agree to proceed via use of a pseudonym for the

Undercover Individuals for all pretrial proceedings. The parties further agree that Plaintiffs may notice the deposition of Undercover Individuals by serving a notice of deposition listing the Undercover Individual's unique pseudonym and further agree that any depositions of such individuals shall not be videorecorded and that no photographs of such individuals shall be taken, although Plaintiffs' counsel may take such depositions in person or via audio-visual conferencing with the video feed on the deponent enabled. The parties agree to meet and confer regarding the continued protection of Undercover Individuals' identifying data at trial. The parties do not waive the right to challenge the appropriateness of such redaction or to seek further amendment of the Protective Order."

*[the remainder of this page is intentionally left blank]*

Dated: February 7, 2022

 /s/ Pari McGarraugh
Dulce J. Foster (#0285419)
Karen G. Schanfield (#0096350)
Pari I. McGarraugh (#0395524)
Emily McAdam (#0400898)
Bryan J. Morben (#0396624)
Jacob Patch Harris (#0399255)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000
dfoster@fredlaw.com
kschanfield@fredlaw.com
pmcgarraugh@fredlaw.com
emcadam@fredlaw.com
bmorben@fredlaw.com
jharris@fredlaw.com

*Attorneys for Plaintiffs Goyette, Lassig, Maury, Maturen and Nelson*

Kevin C. Riach (#0389277)
THE LAW OFFICE OF KEVIN C. RIACH, PLLC
P.O. Box 270815
Vadnais Heights, MN 55127
Telephone: (612) 203-8555
kevin@riachdefense.com

Adam W. Hansen (#0391704)
APOLLO LAW LLC
333 Washington Ave. N., Suite 300
Minneapolis, MN 55401
Telephone: 612.927.2969
adam@apollo-law.com

Colin R Reeves (*pro hac vice*)
APOLLO LAW LLC
1314 Pacific Street

Dated: February 7, 2022

MICHAEL O. FREEMAN
Hennepin County Attorney

By:  /s/ Sarah McLaren
JAMES W. KEELER, JR. (#0176199)
Sr. Assistant County Attorney
SARAH McLAREN (#0345878)
DEVONA L. WELLS (#0392052)
Assistant County Attorneys
2000A Government Center, MC200
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 348-5532
FAX No: (612) 348-8299
Jim.Keeler@hennepin.us
Sarah.McLaren@hennepin.us
Devona.Wells@hennepin.us

*Attorneys for Defendant Hennepin County Sheriff David Hutchinson*

February 7, 2022

KEITH ELLISON
Attorney General
State of Minnesota

By:  /s/ Joe Weiner
KATHRYN IVERSON LANDRUM (#0389424)
JOSEPH WEINER (#0389181)
ALEXANDER W. HSU (#0399275)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1189 (Voice)
(651) 282-5832 (Fax)
kathryn.landrum@ag.state.mn.us
joseph.weiner@ag.state.mn.us

5

Brooklyn, NY 11216
646-363-6763
colin@apollo-law.com

  /s/ *Teresa Nelson*
Teresa Nelson (#0269736)
AMERICAN CIVIL LIBERTIES UNION
OF MINNESOTA
P.O. Box 14720
Minneapolis, MN 55414
Telephone: 651.529.1692
tnelson@aclu-mn.org

Blake Shepard, Jr. (#0161536)
Mark H Thieroff (#0322404)
SIEGEL BRILL
100 South Washington
Suite 1300
Minneapolis, MN 55402
612-337-6114
blakeshepard@siegelbrill.com
MarkThieroff@siegelbrill.com

Caitlin Anne Chambers (*pro hac vice*)
REED SMITH
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3644
cachambers@reedsmith.com

Edward B. Schwartz (*pro hac vice*)
Fredrick Robinson (*pro hac vice*)
Jonathan L. Marcus (*pro hac vice*)
REED SMITH LLP
1301 K Street NW
Ste 1000 East Tower
Washington, DC 20005
202-414-9200
Fax: 202-414-9299
eschwartz@reedsmith.com

alexander.hsu@ag.state.mn.us

*Attorneys for Defendants Minnesota Department of Public Safety Commissioner John Harrington, Minnesota State Patrol Colonel Matthew Langer, and Minnesota State Patrol Major Joseph Dwyer*

February 7, 2022

JAMES R. ROWADER, JR.
Minneapolis City Attorney
By

  /s/ *Heather P. Robertson*
Heather P. Robertson (#0390470)
Kristin R. Sarff (#388003)
Sharda Enslin (#0389370)
Assistant City Attorneys
Office of the Minneapolis City Attorney
City Hall, Room 210
350 S. Fifth Street
Minneapolis, MN 55415
Telephone: 612-673-3949
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Attorneys for Defendants City of Minneapolis and Chief of Minneapolis Police Medaria Arradondo*

February 7, 2022

KELLY & LEMMONS, P.A.

  /s/ *Joseph A. Kelly*
Joseph A. Kelly (#389356)
jkely@kellyandlemmons.com
Kevin M. Beck (#389072)
kbeck@kellyandlemmons.com
Rebecca L. Duren (#0393624)

6

frobinson@reedsmith.com
jonathan.marcus@reedsmith.com

Kevin Hara (*pro hac vice*)
REED SMITH, LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
415-543-8700
khara@reedsmith.com

Meredith Shippee (*pro hac vice*)
Steven D. Hamilton (*pro hac vice*)
Timothy R. Carwinski (*pro hac vice*)
REED SMITH LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606
312-207-2429
mshippee@reedsmith.com
shamilton@reedsmith.com
tcarwinski@reedsmith.com

*Attorneys for All Plaintiffs*

rduren@kellyandlemmons.com
2350 Wycliff Street, #200
St. Paul, MN 55114
(651) 224-3781
F: (651) 223-8019

*Attorneys for Defendant Minneapolis Police Lieutenant Robert Kroll*