# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals,*<br><br>            Plaintiffs,<br><br>    v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; Minnesota State Patrol Major Joseph Dwyer, *in his individual capacity*; Hennepin County Sheriff David Hutchinson, *in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*;<br><br>            Defendants. | Ct. No. 20-cv-01302 (WMW/DTS)<br><br>**[PROPOSED] ORDER AMENDING PROTECTIVE ORDER** |

Pursuant to the stipulation of the parties (ECF Doc. No. 312), IT IS HEREBY ORDERED: the Protective Order in this action (ECF Doc. No. 92) is amended to include the following language:

"Defendant Hennepin County Sheriff David Hutchinson ("Sheriff Hutchinson") shall redact data identifying Hennepin County Sheriff's Office employees who (1) are currently serving as undercover law enforcement officers or (2) were assigned to undercover officer positions in the past and with respect to whom the Hennepin County Sheriff's Office has determined that revealing the identity of the individual would threaten the personal safety of the individual or jeopardize an active investigation ("Undercover Individuals"). For purposes of this Section, the following data concerning Undercover Individuals shall be deemed identifying: name, nickname, code name, badge number, and images of the Undercover Individual's face. For documents and still photographs, Sheriff Hutchinson will use text overlay over each redaction listing a corresponding pseudonym for the Undercover Individual (i.e., 'Undercover Deputy A' or 'UC A'). The same unique pseudonym shall be used for each Undercover Individual throughout the data produced by Sheriff Hutchinson. For video and audio footage, Sheriff Hutchinson will blur out or otherwise redact the faces of Undercover Individuals; audio of such individuals' names and nicknames will be similarly redacted prior to production. Sheriff Hutchinson will produce a log listing the pseudonyms of all Undercover Individuals redacted in each video or audio file. In addition, upon Plaintiffs' request, Sheriff Hutchinson will identify via pseudonym the specific Undercover Individuals with respect to whom audio or video redactions were made in specific portions of audio or video footage identified by Plaintiffs. The parties agree to proceed via use of a pseudonym for the Undercover Individuals

for all pretrial proceedings.  The parties further agree that Plaintiffs may notice the deposition of Undercover Individuals by serving a notice of deposition listing the Undercover Individual's unique pseudonym and further agree that any depositions of such individuals shall not be videorecorded and that no photographs of such individuals shall be taken, although Plaintiffs' counsel may take such depositions in person or via audio-visual conferencing with the video feed on the deponent enabled.  The parties agree to meet and confer regarding the continued protection of Undercover Individuals' identifying data at trial.  The parties do not waive the right to challenge the appropriateness of such redaction or to seek further amendment of the Protective Order."

Dated:                  _____
                        David T. Schultz
                        United States Magistrate Judge