UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Jared Goyette, Craig Lassig, The
Communications Workers of America,
Tannen Maury, Katie Nelson, Stephen
Maturen, Edward Ou, Timothy Evans, and
Chris Tuite,

                          Plaintiffs,

     v.

City of Minneapolis, Medaria Arradondo,
Robert Kroll, John Harrington, Matthew
Langer, John Does 1–2, David
Hutchinson, and Joseph Dwyer,

                          Defendants.

_____

Case No. 20-cv-1302 (WMW/DTS)


**ORDER FOR DISMISSAL
WITH PREJUDICE**


     Based upon the Stipulation of Dismissal of Claims Against State Defendants,

(Dkt. 326), and all the files, records, and proceedings herein,

     **IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants Minnesota

Department of Public Safety Commissioner John Harrington, Minnesota State Patrol

Colonel Matthew Langer, and Minnesota State Patrol Major Joseph Dwyer are

**DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any

party.


Dated:  March 2, 2022                    s/Wilhelmina M. Wright
                                         Wilhelmina M. Wright
                                         United States District Judge