UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals,*

Plaintiffs,

v.

City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; Minnesota State Patrol Major Joseph Dwyer, *in his individual capacity*; Hennepin County Sheriff David Hutchinson*, in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*;

Defendants.

Court File No. 20-cv-01302
(WMW/DTS)

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A FOURTH AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR A JURY TRIAL**

---

Plaintiffs respectfully move the Court for leave to file a Fourth Amended Class Action Complaint and Demand for a Jury Trial pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure and District of Minnesota Local Rule 15.1.

This Motion is made based upon the files, records, and proceedings herein,

1

including the memorandum of law filed herewith.

Dated: April 6, 2022
/s/ Pari I. McGarraugh

Pari I. McGarraugh (#0395524)
Karen G. Schanfield (#0096350)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Tel: (612) 492-7000
kschanfield@fredlaw.com
pmcgarraugh@fredlaw.com

Steven D. Hamilton (pro hac vice)
**REED SMITH LLP**
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
Tel: (312) 207-1000
shamilton@reedsmith.com

Edward B. Schwartz (pro hac vice)
Frederick Robinson (pro hac vice)
Jamie L. Lanphear (pro hac vice)
**REED SMITH LLP**
1301 K St. NW #1100E
Washington, DC 20005
Tel: (202) 414-9200
eschwartz@reedsmith.com
frobinson@reedsmith.com
jlanphear@reedsmith.com

*Attorneys for Plaintiffs Goyette, Lassig, Maury, Maturen, Nelson, Ou, Tuite, and Evans*

Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
P.O. Box 270815
Vadnais Heights, MN 55127 Tel: (612) 203-8555
kevin@riachdefense.com

2

Teresa Nelson (#0269736)
**AMERICAN CIVIL LIBERTIES UNION**
**OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
*Attorneys for All Plaintiffs*