# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Jared Goyette, et al., | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiffs, | United States Magistrate Judge |
| v. | Case No.   20-cv-1302 (WMW/DTS) |
| | Date:   April 18, 2022 |
| City of Minneapolis, et al., | |
| Defendants. | Total Time:   30minutes |

APPEARANCES:

    Plaintiff:   Karen Schanfield

    Defendant:   Joseph Weiner (State Defendants)

    Other:   Cliff Greene

PROCEEDINGS:   Informal conference held.


Date:  April 18, 2022                  s/TJB
                                                    Courtroom Deputy