# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

| | |
|---|---|
| Jared Goyette, et al., | **COURT MINUTES** |
| | BEFORE:  David T. Schultz |
| Plaintiffs, | United States Magistrate Judge |
| | |
| v. | Case No.   20-cv-1302 (WMW/DTS) |
| | Date:   April 29, 2022 |
| City of Minneapolis, et al., | Time Commenced:  10:00 am |
| | Time Concluded:   10:20 am |
| Defendants. | Total Time:   20 minutes |

APPEARANCES:

    Plaintiff:   Karen Schanfield

    Defendant:   Joseph Wiener (State Defendants)

PROCEEDINGS:   Informal conference held regarding settlement.

Date:  April 26, 2022          s/TJB
                                                      Courtroom Deputy