UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SETTLEMENT CONFERENCE MINUTES

| | |
|---|---|
| Jared Goyette, et al., | **COURT MINUTES** |
| | BEFORE: David T. Schultz |
| Plaintiffs, | United States Magistrate Judge |
| | |
| v. | Case No.   20-cv-1302 (KMM/DTS) |
| | Date:   July 8, 2020 |
| City of Minneapolis and | Location:   Courtroom 9E |
| Medaria Arrandondo | Time Commenced: 9:00 a.m. |
| | Time Concluded:   2:00 p.m. |
| Defendants. | Total Time:   5 hrs. |

APPEARANCES:

    For Plaintiff:     Karen Schanfield, Teresa Nelson, Edward Schwartz

    For Defendant:  Heather Robertson, Kristin Sarff, Sharda Enslin

PROCEEDINGS:

  _X_     No settlement reached.

  ___     Binding settlement reached. Terms stated on the record. Any transcript or copy of the audio file of the terms of settlement is CONFIDENTIAL and shall be SEALED, with access being allowed only to the parties and their counsel. (Audio: T:/zoom)

Date: July 8, 2022

s/TJB
Courtroom Deputy