UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite and The Communications Workers of America, On behalf of themselves and other similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity; Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity; Hennepin County Sheriff David Hutchinson, in his individual and official capacity; John Does 1-10, in their individual and official capacities;<br><br>Defendants. | Court File No. 20-cv-01302 (WMW/DTS)<br><br>**WORD COUNT CERTIFICATION** |

I, Sarah McLaren, certify that the document titled "Memorandum of Law in Support of Hennepin County Sheriff David Hutchinson's Motion for Summary Judgment" complies with Local Rules 7.1(f) and 7.1(h).

I further certify that, in preparing this document, I used Microsoft Word for Office 365 MSO and that this program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above document contains 8,378 words.

| | |
|---|---|
| Dated: December 1, 2022 | **MICHAEL O. FREEMAN**<br>**Hennepin County Attorney**<br><br>By:/s/  *Sarah McLaren*<br>JAMES W. KEELER, JR. (#0176199)<br>Sr. Assistant County Attorney<br>SARAH McLAREN (#0345878)<br>Assistant County Attorney<br>DEVONA L. WELLS (#0392052)<br>Assistant County Attorney<br>2000A Government Center, MC200<br>300 South Sixth Street<br>Minneapolis, MN 55487<br>Telephone: (612) 348-5532<br>FAX No: (612) 348-8299<br>Jim.Keeler@hennepin.us<br>Sarah.McLaren@hennepin.us<br>Devona.Wells@hennepin.us<br><br>***Attorneys for Defendant Hennepin County Sheriff David Hutchinson*** |

2