UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals,* | Ct. File No. 20-cv-01302 (WMW/DTS) |
| Plaintiffs, | |
| v. | **CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; Minnesota State Patrol Major Joseph Dwyer, *in his individual capacity*; Hennepin County Sheriff David Hutchinson, *in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*; | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants City of Minneapolis and former Minneapolis Chief of Police Medaria Arradondo ("City Defendants") move for summary judgment under Fed. R. Civ. P. 56. This motion is based on the records and file of this case, including City Defendants' Memorandum of Law in support of this motion, declarations and exhibits, and any argument that may be made at a hearing on this motion.

Dated: December 5, 2022

KRISTYN ANDERSON
Minneapolis City Attorney
By
*/s/ Heather P. Robertson*
Heather P. Robertson (#0390470)
Kristin R. Sarff (#388003)
Sharda Enslin (#0389370)
Assistant City Attorneys
Office of the Minneapolis City Attorney
City Hall, Room 210
350 S. Fifth Street
Minneapolis, MN 55415
Telephone: 612-673-3949
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Attorneys for Defendants City of Minneapolis and Chief of Minneapolis Police Medaria Arradondo*