

**Jared Goyette** ✓
@JaredGoyette

A protester, a young men, went down hard after getting hit in the side of the head by something shot by the police. An ambulance has been called. He is bleeding and in a lot of pain. People are trying to help.

5:59 PM · May 27, 2020 · Twitter for iPhone



**Jared Goyette** ✓
@JaredGoyette

His eyes are closed. I am not posting images out of respect for now, the situation is tense. Will try to ask later.

6:01 PM · May 27, 2020 · Twitter for iPhone

**Jared Goyette** ✓
@JaredGoyette

He seems to be hurt badly. Protesters are carrying him to safety.

6:02 PM · May 27, 2020 · Twitter for iPhone



EXHIBIT 1

.MPLS007368

Ex. 4



**Jared Goyette**
@JaredGoyette

We are now by the Wendy's near the Target. I am wondering where the ambulance is and why there are not EMTs close at hand.

After yesterday, this was very predictable.

6:07 PM · May 27, 2020 · Twitter for iPhone



**Jared Goyette**
@JaredGoyette

He seems to be convulsing? This is hard to watch. Where is the ambulance? Concussion grenades going off and crowd scattering periodically.

6:12 PM · May 27, 2020 · Twitter for iPhone



**Jared Goyette**
@JaredGoyette

Activists loaded him into a car and it drove away, headed to the hospital. Help never came. I don't know what his condition was.

Riot police on horse back have arrived at the intersection.

6:19 PM · May 27, 2020 · Twitter for iPhone

.MPLS007369

Ex. 4



.MPLS007370

Ex. 4


**Jared Goyette**
@JaredGoyette

I am OK, home, icing my eye. It's swollen. It hit my nose first which helped

I wasn't trying to put myself at risk. I wanted to document what was happening to the young man who seemed critically injured, and the people who were trying to keep him alive.

Then I got hit.

7:54 PM · May 27, 2020 · Twitter for iPhone


**Jared Goyette**
@JaredGoyette

People rushed to help me and bandage my eye and face. I started to realize I wasn't seriously injured, and they helped me up when a cloud of tear gas came our way and everyone ran.

7:57 PM · May 27, 2020 · Twitter for iPhone

.MPLS007371

Ex. 4



**Jared Goyette**
@JaredGoyette

I was leaning against a building trying to gather myself when folks starting smashing windows.

Important context: That seemed to happen as the situation escalated, the crowd's anger rose as rubber bullets + canisters hit. It didn't happen randomly or in isolation.

8:03 PM · May 27, 2020 · Twitter for iPhone



**Jared Goyette**
@JaredGoyette

I was lucky, the young man I was tweeting about, the one you see in those live streams, was not. I hope he's ok. I hope he makes it.

I hope no one else gets hurt. If that does happen, I hope there are EMTs nearby and ready.

Signing off, back to work tomorrow.

8:09 PM · May 27, 2020 · Twitter for iPhone

.MPLS007372

Ex. 4



Ex. 4

.MPLS007373