UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals,*<br><br>                    Plaintiffs,<br><br>     v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; Minnesota State Patrol Major Joseph Dwyer, *in his individual capacity*; Hennepin County Sheriff David Hutchinson, *in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*;<br><br>                    Defendants. | Ct. File No. 20-cv-01302<br>(WMW/DTS)<br><br><br><br>**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT** |

The above-entitled matter came before the Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, at a hearing on the Rule 56 Motion for Summary Judgment brought by Defendants City of Minneapolis and former Minneapolis Chief of Police Medaria Arradondo ("City Defendants"). Appearances were noted in the record. The Court, having heard the arguments of counsel and based upon all the files, records and proceedings herein, makes the following:

### ORDER

1. That City Defendants' Motion for Summary Judgment (Dkt. 403) is **GRANTED**.

2. That all claims against City Defendants are hereby **DISMISSED WITH PREJUDICE**.

Dated: _____

Wilhelmina M. Wright
United States District Judge