UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jared Goyette, Craig Lassig, The Communications Workers of America, Tannen Maury, Katie Nelson, Stephen Maturen, Edward Ou, Timothy Evans and Chris Tuite,

Plaintiffs,

v.

City of Minneapolis, Medaria Arradondo, Robert Kroll, John Does 1–2 and David Hutchinson,

Defendants.

Case No. 20-cv-1302 (WMW/DTS)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Based upon the Stipulation Regarding Plaintiffs' Dismissal of Certain Claims Against Defendant Hennepin County Sheriff David Hutchinson, (Dkt. 391), the Stipulation of Dismissal of Defendant Medaria Arradondo, (Dkt. 393), and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. All claims asserted in the third amended complaint by Plaintiffs Jared Goyette, Katie Nelson, Edward Ou and The Communications Workers of America against Defendant David Hutchinson, except Count V (Civil Conspiracy), are **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

2

2. All claims asserted in the third amended complaint against Defendant Medaria Arradondo in his individual capacity are **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Dated:  December 7, 2022                                  s/Wilhelmina M. Wright
                                                          Wilhelmina M. Wright
                                                          United States District Judge