# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite, and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals,*<br><br>Plaintiffs,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacity*, Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacity*; Minnesota State Patrol Major Joseph Dwyer, *in his individual capacity*; Hennepin County Sheriff David Hutchinson, *in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*;<br><br>Defendants. | Ct. No. 20-cv-01302 (WMW/DTS)<br><br><br><br><br><br>**AMENDED NOTICE OF HEARING ON CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that Defendants City of Minneapolis and Medaria Arradondo ("City Defendants") will move the Court for summary judgment under Fed. R. Civ. P. 56. The motion will be heard before the Honorable Wilhelmina M. Wright, District Judge for the United States District Court, District of Minnesota, on Friday, June 2, 2023 at 9:00 a.m., in Courtroom 7A at 316 North Robert Street, St. Paul, Minnesota 55101.

Dated: January 27, 2023

KRISTYN ANDERSON
Minneapolis City Attorney
By
*/s/ Kristin R. Sarff*
Heather P. Robertson (#0390470)
Kristin R. Sarff (#388003)
Sharda Enslin (#0389370)
Assistant City Attorneys
Office of the Minneapolis City Attorney
City Hall, Room 210
350 S. Fifth Street
Minneapolis, MN 55415
Telephone: 612-673-3949
heather.robertson@minneapolismn.gov
kristin.sarff@minneapolismn.gov
sharda.enslin@minneapolismn.gov

*Attorneys for Defendants City of Minneapolis and Medaria Arradondo*