UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals,* <br><br>  Plaintiffs, <br> v. <br><br> City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his individual and official capacity*; Minneapolis Police Lieutenant Robert Kroll, *in his individual and official capacity*; Hennepin County Sheriff David Hutchinson*, in his individual and official capacity*; John Does 1-10, *in their individual and official capacities,* <br><br> Defendants. | Court File No. 20-cv-01302 (WMW/DTS) <br><br> **JOINT MOTION FOR CONTINUED SEALING** |

The following have been filed under temporary seal in relation to Plaintiffs' Motions for Leave to File Surreply in Opposition to Defendant David Hutchinson's Motion for Summary Judgment (ECF No. 488) and Conditional Motion for a Lesser Sanction Pursuant to Federal Rule of Civil Procedure 37 (ECF No. 493):

- Exhibit A to Plaintiffs' Motion for Leave to File Surreply in Opposition to Defendant David Hutchinson's Motion for Summary Judgment (ECF No. 489);

- Plaintiffs' Memorandum in Support of their Conditional Motion for a Lesser Sanction Pursuant to Federal Rule of Civil Procedure 37 (ECF No. 494); and

- Word Count Compliance Certificate (ECF No. 494-1).

Pursuant to LR 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

| DKT. NO. | DKT. NO. OF REDACTED VERSION (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree. | NONPARTY THAT DESIGNATED DOC. CONFIDENTIAL (IF ANY) | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|---|
| 489 | 490 | Exhibit A to Plaintiffs' Motion for Leave to File Surreply in Opposition to Defendant David Hutchinson's Motion for Summary Judgment | The parties agree the unredacted document may be unsealed. | State Defendants[1] | **Plaintiffs' Position**: The redacted portions of Exhibit A rely on non-confidential portions of documents that were marked Confidential/AEO by Defendant Hutchinson and State Defendants. Defendant Hutchinson and State Defendants do not oppose filing redacted versions of these documents which reveal the portions referenced in Exhibit A. (*See* ECF No. 500, at 13-14, 18; ECF No. 501-1; ECF No. 501-04.) Accordingly, the redacted portions of Exhibit A are not confidential and the document should be unsealed.<br><br>**Sheriff Hutchinson's Position:** Sheriff Hutchinson does not object to document being unsealed. |

---

[1] State Defendants provided their position regarding this joint motion for continued sealing.

|  |  |  |  |  | **State Defendants' Position:** State Defendants do not object to the unsealing of this information. |
|---|---|---|---|---|---|
| 494 | 495 | Plaintiffs' Memorandum in Support of their Conditional Motion for a Lesser Sanction Pursuant to Federal Rule of Civil Procedure 37 | The parties agree the unredacted document may be unsealed. | State Defendants | **Plaintiffs' Position**: The redacted portions of the memorandum rely on non-confidential portions of documents that were marked Confidential/AEO by Defendant Hutchinson and State Defendants. Defendant Hutchinson and State Defendants do not oppose filing redacted versions of these documents which reveal the portions referenced in the memorandum. (*See* ECF No. 500, at 13-14, 18; ECF No. 501-1; ECF No. 501-04.) Accordingly, the redacted portions of the memorandum are not confidential and the document should be unsealed.<br><br>**Sheriff Hutchinson's Position:** Sheriff Hutchinson does not object to the document being unsealed.<br><br>**State Defendants' Position:** State Defendants do not object to the unsealing of this information. |
| 494-1 |  | Word Count Compliance Certificate (ECF No. 494-1). | The parties agree the unredacted document may be unsealed. |  | **Plaintiffs' Position:** The document is facially not confidential. |

| | | | | |
|---|---|---|---|---|
| | | | | **Sheriff Hutchinson's Position:** Sheriff Hutchinson does not object to the document being unsealed.<br><br>**State Defendants' Position:** State Defendants do not object to the unsealing of this information. |

Dated: March 29, 2023

*/s/ Pari I. McGarraugh*
Pari I. McGarraugh (#0395524)
Karen G. Schanfield (#0096350)
Rachel Dougherty (#0399947)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Tel: (612) 492-7000
kschanfield@fredlaw.com
pmcgarraugh@fredlaw.com
*Attorneys for Plaintiffs Goyette, Lassig, Maury, Maturen, Nelson, Ou, Tuite, and Evans*

Steven D. Hamilton (pro hac vice)
**REED SMITH LLP**
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
Tel:  (312) 207-1000
shamilton@reedsmith.com

Edward B. Schwartz (pro hac vice)
Frederick Robinson (pro hac vice)
Jamie L. Lanphear (pro hac vice)
**REED SMITH LLP**
1301 K St. NW #1100E
Washington, DC 20005
Tel:  (202) 414-9200
eschwartz@reedsmith.com
frobinson@reedsmith.com
jlanphear@reedsmith.com

Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
P.O. Box 270815
Vadnais Heights, MN 55127
Tel: (612) 203-8555
kevin@riachdefense.com

Teresa Nelson (#0269736)
**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720 Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org
*Attorneys for All Plaintiffs*

Dated: March 29, 2023

**MARY F. MORIARTY**
**Hennepin County Attorney**

By: */s/ Sarah McLaren*
JAMES W. KEELER, JR. (#0176199)
Sr. Assistant County Attorney
SARAH McLAREN (#0345878)
Assistant County Attorney
DEVONA L. WELLS (#0392052)
Assistant County Attorney
2000A Government Center, MC200
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 348-5532
FAX No: (612) 348-8299
Jim.Keeler@hennepin.us
Sarah.McLaren@hennepin.us
Devona.Wells@hennepin.us

*Attorneys for Defendant Hennepin County Sheriff David Hutchinson*

2