IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Chris Tuite, Edward Ou, and Timothy Evans, and The Communications Workers of America, On behalf of themselves and other similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity; Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity; Hennepin County Sheriff David Hutchinson, in his individual and official capacity; John Does 1-10, in their individual and official capacities,<br><br>Defendants. | Case No. 20-cv-01302 (WMW/DTS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT KROLL** |

Pursuant to Fed. R. Civ. P. 41(a), IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Chris Tuite, Edward Ou, and Timothy Evans, and The Communications Workers of America, On behalf of themselves and other similarly situated individuals ("Plaintiffs") and Defendant Robert Kroll that all of Plaintiffs' claims asserted in the above-captioned legal action against Kroll should be DISMISSED

WITH PREJUDICE, with Plaintiffs and Kroll to bear their own costs, expenses and attorneys' fees.

Dated: March 30, 2023  /s/ *Kevin C. Riach*
Edward B. Schwartz (pro hac vice)
Frederick Robinson (pro hac vice)
Jamie L. Lanphear (pro hac vice)
REED SMITH LLP
1301 K St. NW #1100E
Washington, DC 20005
Tel: (202) 414-9200
eschwartz@reedsmith.com
frobinson@reedsmith.com
jlanphear@reedsmith.com

Steven D. Hamilton (pro hac vice)
REED SMITH LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
Tel: (312) 207-1000
shamilton@reedsmith.com

Pari I. McGarraugh (#0395524)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Tel: (612) 492-7000
kschanfield@fredlaw.com
pmcgarraugh@fredlaw.com


***Attorneys for Plaintiffs Goyette, Lassig, Maury, Maturen, Nelson, Ou, Tuite, and Evans***


Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
P.O. Box 270815
Vadnais Heights, MN 55127
Tel: (612) 203-8555
kevin@riachdefense.com

Teresa Nelson (#0269736)

3

AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org

*Attorneys for All Plaintiffs*

Dated:  March 30, 2023			**KELLY & LEMMONS, P.A.**


/s/ *Joseph A. Kelly*
Joseph A. Kelly (#389356)
Kevin M. Beck (#389072)
Rebecca L Duren (#0393624)
2350 Wycliff Street, #200
St. Paul, MN 55114
Tel: (651) 224-3781
Fax: (651) 223-8019
jkelly@kellyandlemmons.com
kbeck@kellyandlemmons.com
rduren@kellyandlemmons.com

*Attorneys for Defendant Robert Kroll*