IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Chris Tuite, Edward Ou, and Timothy Evans, and The Communications Workers of America, On behalf of themselves and other similarly situated individuals<br><br>Plaintiffs,<br><br>v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo, in his individual and official capacity; Minneapolis Police Lieutenant Robert Kroll, in his individual and official capacity; Hennepin County Sheriff David Hutchinson, in his individual and official capacity; John Does 1-10, in their individual and official capacities,<br><br>Defendants. | Case No. 20-cv-01302 (WMW/DTS)<br><br>**[PROPOSED]<br>ORDER OF DISMISSAL<br>WITH PREJUDICE OF PLAINTIFFS'<br>CLAIMS AGAINST DEFENDANT<br>KROLL** |

Based upon the Stipulation of Dismissal with Prejudice of Plaintiffs' Claims Against Defendant Kroll filed on March 30, 2023 (Doc. No. ___), IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant Robert Kroll in this matter are DISMISSED WITH PREJUDICE, with Plaintiffs and Kroll to bear their own costs, expenses and attorneys' fees.

...

Dated: _____

                                        The Honorable Wilhemina M. Wright
United States District Judge
District of Minnesota