UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jared Goyette, *on behalf of themselves and others similarly situated individuals*, Craig Lassig, *on behalf of themselves and others similarly situated individuals*, The Communications Workers of America, *on behalf of themselves and others similarly situated individuals*, Tannen Maury, Katie Nelson, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite,<br><br>                    Plaintiffs,<br><br>v.<br><br>City of Minneapolis, Medaria Arradondo, *Minneapolis Chief of Police, in his individual and official capacity*, Robert Kroll, Minneapolis Police Lieutenant, *in his individual and official capacity*, John Does, 1-2, *in their individual and official capacities*, David Hutchinson, *Hennepin County Sheriff, in his individual and official capacity*,<br><br>                    Defendants. | Case No. 20-cv-1302 (WMW/DTS)<br><br><br><br><br><br><br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

---

Based on the stipulation of dismissal with prejudice of plaintiffs' claims against Defendant Kroll, (Dkt. 507), and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Defendant Robert Kroll is **DISMISSED WITH PREJUDICE** and with each party to bear its own costs, expenses, and attorneys' fees incurred in this matter.

Dated: March 30, 2023                                  s/Wilhelmina M. Wright
                                                                       Wilhelmina M. Wright
                                                                       United States District Judge