UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jared Goyette, Craig Lassig, Katie Nelson, Tannen Maury, Stephen Maturen, Edward Ou, Timothy Evans, Chris Tuite and The Communications Workers of America, *On behalf of themselves and other similarly situated individuals,*<br><br>          Plaintiffs,<br>     v.<br><br>City of Minneapolis; Minneapolis Chief of Police Medaria Arradondo *in his official capacity*; Hennepin County Sheriff David Hutchinson*, in his individual and official capacity*; John Does 1-10, *in their individual and official capacities*;<br><br>          Defendants. | Court File No. 20-cv-01302 (WMW/DTS)<br><br><br><br><br>**DECLARATION OF KEVIN C. RIACH** |

I, Kevin C. Riach, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.      I am an attorney for the Plaintiffs in the above-captioned matter, and I submit this Declaration in support of Plaintiffs' Motion to Supplement the Record.

2.      Attached as <u>Exhibit A</u> to this Declaration is a true and correct copy of the Department of Justice Investigation Report entitled "Investigation of the City of Minneapolis and the Minneapolis Police Department," available on the Department of Justice website at: https://www.justice.gov/opa/pr/justice-department-finds-civil-rights-violations-minneapolis-police-department-and-city.

- 2 -

Dated: June 23, 2023                                                                                /s/  Kevin C. Riach