# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SUMMARY JUDGMENT MOTION HEARING

**Jared Goyette**,
*On behalf of themselves and others similarly situated individuals*, et al.

        Plaintiffs,

v.

**City of Minneapolis**, et al.

        Defendants.

**COURT MINUTES**

| | |
|---|---|
| BEFORE: | The Hon. Wilhelmina M. Wright<br>United States District Judge |
| Case No: | 20-CV-1302 (WMW/DTS) |
| Date: | Tuesday, July 11, 2023 |
| Courthouse: | Saint Paul |
| Courtroom: | 7A |
| Deputy: | Lynn L. Magee |
| Court Reporter: | Lori A. Simpson |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 11:15 a.m. |
| Time in Court: | Two (2) Hours Fifteen (15) Minutes |

**Motion for Summary Judgment** filed by Defendant David Hutchinson [Docket No. 395]

**Motion for Summary Judgment** filed by Medaria Arradondo and City of Minneapolis [Docket No. 403]

## APPEARANCES:

| | |
|---|---|
| Plaintiffs: | Kevin C. Riach, Edward B. Schwartz, Karen G. Schanfield, Pari McGarraugh, Teresa J. Nelson |
| Defendant City of Minneapolis and Medaria Arradondo: | Heather Passe Robertson, Kristin R. Sarff, Sharda R. Enslin |
| Defendant David Hutchinson: | Sarah C.S. McLaren, Devona L. Wells |

## PROCEEDINGS:

The motions were argued and taken under advisement. Order to follow.

Date: Tuesday, July 11, 2023

                                            *s/Lynn L. Magee*
                                            Acting Courtroom Deputy to
                                            The Hon. Wilhelmina M. Wright