# THE LAW OFFICE OF KEVIN C. RIACH, P.L.L.C.
125 Main St. SE, Suite 339, Minneapolis, MN 55414
kevin@riachdefense.com | (612) 203-8555

**VIA ECF**

July 25, 2023

Hon. Wilhelmina M. Wright
United States District Judge, District of Minnesota
United States District Court
316 N. Robert Street
Saint Paul, Minnesota 55101

Re:   *Goyette v. City of Minneapolis, et al.*
      Court File No. 20-cv-01302-WMW-DTS

Dear Judge Wright:

    At the summary judgment hearing in this matter, the Court authorized submission of a letter to provide several citation corrections to Plaintiffs' Memorandum Opposing the City Defendant's Motion for Summary Judgment. Please see the citation corrections below:

| Incorrect Citations (highlighted) | Corrected Citations (highlighted) |
|---|---|
| PAGE 19<br><br>Ex. Z, STATEDEF0000644. | Ex. BB, STATEDEF0000644. |
| PAGE 20<br><br>Ex. BB, STATEDEF0000640; Ex. DD. | Ex. Z, STATEDEF0000664; Ex. DD. |
| PAGE 31<br><br>*See* Ex. XX, STATEDEF0000705; Ex. YY , STATEDEF0000714; Ex. ZZ , STATEDEF0000728; *see* Ex. WW. | *See* Ex. ZZ, STATEDEF0000705; Ex. AAA , STATEDEF0000714; Ex. BBB , STATEDEF0000728; *see also* Ex.VV. |
| PAGE 38<br><br>Ex. SS, STATEDEF0000556. | Ex. UU, STATEDEF0000556. |

Thank you for your attention to this matter.

Sincerely,

/s/ *Kevin C. Riach*

Kevin C. Riach

**Direct Dial:**  612.203.8555
**Email:**  kevin@riachdefense.com

cc: All Counsel of Record (via ECF)