UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-3190

Jared Goyette, On behalf of themselves and other similarly situated individuals, et al.

Appellees

Michael Shum

Edward Ou, et al.

Appellees

v.

John Does, 1-2, in their individual and official capacities

David Hutchinson, Hennepin County Sheriff, in his individual and official capacity

Appellant

City of Minneapolis, et al.

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01302-WMW)

**MANDATE**

In accordance with the opinion and judgment of August 21, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 11, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit