UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jared Goyette, et al., | Case No. 20-cv-1302 (JRT/DTS) |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| David Hutchinson, Hennepin County Sheriff, | |
| Defendant. | |

---

WHEREAS, Plaintiffs' claims against Defendant David Hutchinson in his individual capacity were previously dismissed (ECF 538, ECF 591);

WHEREAS, the Parties have resolved Plaintiffs' remaining claims;

THEREFORE, the Parties, by and through their undersigned counsel, stipulate that the Court may dismiss all remaining claims in this action with prejudice and without costs to either party.

Stipulated to:

Dated: September 12, 2025        */s/ Kevin C. Riach*

Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
P.O. Box 270815
Vadnais Heights, MN 55127
***Tel: (612) 203-8555***
***kevin@riachdefense.com***

Edward B. Schwartz (pro hac vice)
Frederick Robinson (pro hac vice)
Jamie L. Lanphear (pro hac vice)
**REED SMITH LLP**
1301 K St. NW #1100E
Washington, DC 20005
Tel: (202) 414-9200
eschwartz@reedsmith.com
frobinson@reedsmith.com
jlanphear@reedsmith.com

Steven D. Hamilton (pro hac vice)
**REED SMITH LLP**
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
Tel: (312) 207-1000
shamilton@reedsmith.com

*Attorneys for Plaintiffs Goyette, Lassig, Maury, Maturen, Nelson, Ou, Tuite, and Evans*

Pari I. McGarraugh, (#0395524)
Karen G. Schanfield (#0096350)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Tel: (612) 492-7000
kschanfield@fredlaw.com
pmcgarraugh@fredlaw.com

Teresa Nelson (#0269736)

2

<div style="margin-left: 40%">

**AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA**
P.O. Box 14720
Minneapolis, MN 55414
Tel: (651) 529-1692
tnelson@aclu-mn.org

*Attorneys for All Plaintiffs*

</div>

|  |  |
|---|---|
|  | MARY F. MORIARTY<br>Hennepin County Attorney |
| Dated: September 12, 2025 | By: /s/ *Sarah McLaren*<br>Sarah McLaren (No. 0345878)<br>Devona L. Wells (No. 0392052)<br>Assistant Hennepin County Attorneys<br>2000A Government Center<br>300 South Sixth Street<br>Minneapolis, MN 55487<br>Telephone: (612) 348-5532<br>Sarah.McLaren@hennepin.us<br>Devona.Wells@hennepin.us<br><br>*Attorneys for Defendant Hennepin County Sheriff David Hutchinson in his official capacity* |