UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jared Goyette, et al., | Case No. 20-cv-1302 (JRT/DTS) |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER** |
| David Hutchinson, Hennepin County Sheriff, | |
| Defendant. | |

---

Based on the stipulation of the parties (Doc. 605), the Court makes the following **ORDER**: All remaining claims in this action are dismissed with prejudice and without costs to either party.


Dated: _____

John R. Tunheim
United States District Court Judge